B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rakhra Mushroom Farm Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **39-1502671** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**10719 County Road 5 South**<br>**Alamosa, CO**<br>ZIPCODE **81101** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Alamosa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**P.O. Box 2002**<br>**Alamosa, CO**<br>ZIPCODE **81101** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

### Type of Debtor
(Form of Organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtor
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### Tax-Exempt Entity
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rakhra Mushroom Farm Corporation** |
|---|---|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                  Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rakhra Mushroom Farm Corporation** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X */s/ Harvey Sender*
Signature of Attorney for Debtor(s)

**Harvey Sender 7546**
**Sender & Wasserman, P.C.**
**1660 Lincoln St. Suite 2200**
**Denver, CO  80264**
**(303) 296-1999  Fax: (303) 296-7600**
**sender@sendwass.com**

**January 12, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Karmjit Singh Salh*
Signature of Authorized Individual

**Karmjit Singh Salh**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 12, 2012**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                                    Case No. _____

**Rakhra Mushroom Farm Corporation** _____         Chapter **11** _____
<div align="center">Debtor(s)</div>

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

## 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 14,529,904.71 | 2011 Estimated Gross Income. |
| 17,037,596.00 | 2010 Gross Income (from tax return) |
| 20,113,117.00 | 2009 Gross Income (from tax return). |

---

## 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<sub>None</sub> □ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Creditors** | **Dates and amounts of payments set forth on attached list.** | **2,005,713.29** | **0.00** |

**See Attached List**

<sub>None</sub> ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

<sub>None</sub> □ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Coosmans Denver, Inc. v. Rakhra Mushroom Farm, Inc., Karmjit Sahl, Baljit Nanda, Sarabjit Jaspal, Naresh Vashist, Sudhesh Gambir and Kiranjit Sikand, U.S. District Court (D. CO) case no. 12-cv-00035** | **suit to enforce plaintiff's trust rights under the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. 499e et seq.]** | **U.S. District Court, District of Colorado** | **Show Cause hearing on Motion for Temporary restraining Order scheduled for 1/13/12** |
| **George and Clara Johnson vs. Ronald Taylor and Rakhra Mushroom Farm Corp, Case # 11cv118, Alamosa County District Court, Alamosa, CO  81101** | **Civil suit alleging negligence by an employee of Rakhra Mushroom Farm Corp in an auto accident involving a corporate vehicle driven by a corporate employee.** | **Alamosa County District Court, Alamosa, CO  81101** | **Complaint was filed 12/8/2011.** |
| **Isaias Gallardo vs. Rakhra Mushroom Farm Corp and Don Clair, 11-cv-02078, U.S. District Court, D. CO.** | **civil suit** | **U.S. District Court, D. CO** | **Dismissed with prejudice by plaintiff on 12/20/2011.** |

<sub>None</sub> ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

<sub>None</sub> ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

<sub>None</sub> ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

<sub>None</sub> ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sender & Wasserman, P.C.**<br>**1660 Lincoln Street, Suite 2200**<br>**Denver, CO 80264** | **1/11/12** | **35,000.00** |

**Retainer paid by third party Rocky Mountain Soil, Inc. for the Debtor's filing.**

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Paul Gandhi P.C. CPA** | **2010** |
| **Attn: Paul Gandhi** | |
| **15224 E. Progress Place** | |
| **Aurora, CO  80015** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☑ None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☐ None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Michael Smith**
**Rakhra Mushroom Farm Corp**
**10719 County Road 5 South**
**Alamosa, CO  81101**

☑ None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

☑ None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☑ None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

☑ None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☐ None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mini Nanda**<br>**9951 Stoneglen Trail**<br>**Littleton, CO  80124** | | **30.5%** |
| **Kiranjit S. Sikand**<br>**12 Sunrise Drive**<br>**Englewood, CO  80110** | **N/A** | **24.5%** |
| **KPS Family Trust**<br>**27009 Friend Pl.**<br>**Aurora, CO  80016** | | **15.0%** |
| **Naresh K. Vashist**<br>**5920 Marina Bay Ct.**<br>**Arlington, TX  76013** | **Treasurer/Director** | **14.0%** |
| **Sarabjit S. Jaspal**<br>**3002 Sunrise Ct.**<br>**Middleton, WI  53562** | **Director** | **10.0%** |
| **Ashok K. Rajpal**<br>**9521 Hill Creek Crive**<br>**Verona, WI  53593** | | **3.0%** |
| **Sudesh K. Gambhir**<br>**4415 Northside Parkway NW #157**<br>**Atlanta, GA  30327** | **Secretary/Director** | **2.0%** |
| **Paramjit S. Jaspal**<br>**11400 N. Justine Drive**<br>**Mequon, WI  53092** | | **1.0%** |
| **Baljit Nanda**<br>**Rakhra Mushroom Farm Corp**<br>**10719 South County Road 5 South**<br>**Alamosa, CO  81101** | **Director** | **0%** |
| **Karmjit Sahl**<br>**Rakhra Mushroom Farm Corp.**<br>**10719 County Road 5 South** | **President** | **0%** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Alamosa, CO  81101

**Michael Smith**                                   **Manager**                        **0%**
**Rakhra Mushroom Farm Corp**
**10719 County Road 5 South**
**Alamosa, CO  81101**

---

**22. Former partners, officers, directors and shareholders**

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑     of this case.

---

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☐     preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Kiranjit S. Sikand**<br>**12 Sunrise Drive**<br>**Englewood, CO  80110** | **Director** | **1/11/12** |

---

**23. Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑     bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
      case.

---

**24. Tax Consolidation Group**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑     purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

---

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑     has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments
thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 12, 2012**                  Signature: ***/s/ Karmjit Singh Salh***

---

**Karmjit Singh Salh, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**6** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| CREDITOR NAME | CHECK | CATE | AMOUNT | |
|---|---|---|---|---|
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22702 | 10/20/2011 0:00 | 15,000.00 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22739 | 11/3/2011 0:00 | 10,425.00 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22813 | 12/1/2011 0:00 | 12,300.00 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22843 | 12/8/2011 0:00 | 12,367.50 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22866 | 12/21/2011 0:00 | 12,367.50 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22877 | 12/29/2011 0:00 | 12,982.50 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22892 | 1/5/2012 0:00 | 11,700.00 | 87,142.50 |
| ADB BANK | WIRE | 10/21/2011 0:00 | 13,379.04 | |
| ADB BANK | WIRE | 11/16/2011 0:00 | 12,693.48 | |
| ADB BANK | WIRE | 12/22/2011 0:00 | 13,327.55 | 39,400.07 |
| ALAMOSA COUNTY CLERK/RECORDER | 22828 | 12/5/2011 0:00 | 15.00 | 15.00 |
| ALAMOSA STATE BANK | WIRE | 11/29/2011 0:00 | 3,438.92 | |
| ALAMOSA STATE BANK | 22707 | 10/24/2011 0:00 | 1,774.05 | |
| ALAMOSA STATE BANK | 22796 | 11/17/2011 0:00 | 8,705.90 | |
| ALAMOSA STATE BANK | 22881 | 12/30/2011 0:00 | 3,377.54 | 17,296.41 |
| ALAMOSA TRUCK BROKERS | 22748 | 11/4/2011 0:00 | 1,700.00 | |
| ALTA FUELS | 22770 | 11/10/2011 0:00 | 16,717.84 | |
| ALTA FUELS | 22798 | 11/22/2011 0:00 | 10,643.81 | |
| ALTA FUELS | 22870 | 12/26/2011 0:00 | 7,717.66 | |
| ALTA FUELS | 22900 | 1/12/2012 0:00 | 3,000.00 | 39,779.31 |
| AMYCEL | WIRE | 11/11/2011 0:00 | 20,542.80 | |
| AMYCEL | WIRE | 11/11/2011 0:00 | 9,437.00 | |
| AMYCEL | WIRE | 11/11/2011 0:00 | 11,255.20 | 41,235.00 |
| ANRAC FARMS | 22763 | 11/8/2011 0:00 | 11,176.85 | |
| ANRAC FARMS | 22764 | 11/10/2011 0:00 | 10,346.55 | 21,523.40 |
| ASPEN OFFICE PRODUCTS, INC. | 22769 | 11/10/2011 0:00 | 293.00 | 293.00 |
| AT CONFERENCE | 22753 | 11/8/2011 0:00 | 27.17 | 27.17 |
| BALJIT NANDA | WIRE | 11/25/2011 0:00 | 9,030.96 | |
| BALJIT NANDA | WIRE | 12/13/2011 0:00 | 9,030.96 | 18,061.92 |
| BERGER HORTICULTURAL PRODUCTS LTD | 22774 | 11/11/2011 0:00 | 6,639.19 | 6,639.19 |
| BERNAL FARMS | 22880 | 12/29/2011 0:00 | 5,011.60 | |
| BERNAL FARMS | 22886 | 1/4/2012 0:00 | 7,335.20 | 12,346.80 |
| BERVIG'S TRUE VALUE | 22766 | 11/9/2011 0:00 | 139.03 | 139.03 |
| BUSINESS SOLUTIONS LEASING | 22805 | 11/23/2011 0:00 | 942.38 | 942.38 |
| BW INNOVATIVE PACKAGING | | 12/27/2011 0:00 | 1,700.36 | |
| BW INNOVATIVE PACKAGING | 22740 | 11/2/2011 0:00 | 430.71 | 2,131.07 |
| CARLSON SYSTEMS LLC. | 22715 | 10/25/2011 0:00 | 1,478.91 | 1,478.91 |
| CATERPILLAR FINANCIAL SERVICES CORP. | | 10/14/2011 0:00 | 12,585.79 | |
| CATERPILLAR FINANCIAL SERVICES CORP. | | 12/2/2011 0:00 | 12,590.81 | |
| CATERPILLAR FINANCIAL SERVICES CORP. | | 1/9/2012 0:00 | 12,590.79 | 37,767.39 |
| CENTURY LINK | | 10/31/2011 0:00 | 187.35 | |
| CENTURY LINK | | 10/31/2011 0:00 | 655.64 | |
| CENTURY LINK | | 12/5/2011 0:00 | 657.67 | |
| CENTURY LINK | | 1/11/2012 0:00 | 1,427.14 | 2,927.80 |
| CH ROBINSON WORLDWIDE, INC | 22779 | 11/12/2011 0:00 | 8,775.00 | 8,775.00 |
| CHAPARRAL TIRE | 22757 | 11/8/2011 0:00 | 15.16 | 15.16 |
| CHASE AUTO FINANCE | | 11/7/2011 0:00 | 463.02 | |
| CHASE AUTO FINANCE | | 12/6/2011 0:00 | 463.02 | 926.04 |
| CHRISTOPHER STREET | 22782 | 11/15/2011 0:00 | 263.72 | 263.72 |
| CLEARINGHOUSE, ATLAS NO | 22694 | 10/15/2011 0:00 | 167.45 | |
| CLEARINGHOUSE, ATLAS NO | 22743 | 11/4/2011 0:00 | 167.45 | |

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| | | | | |
|---|---|---|---|---|
| CLEARINGHOUSE, ATLAS NO | 22787 | 11/15/2011 0:00 | 167.45 | |
| CLEARINGHOUSE, ATLAS NO | 22834 | 12/1/2011 0:00 | 167.45 | |
| CLEARINGHOUSE, ATLAS NO | 22860 | 12/19/2011 0:00 | 165.78 | |
| CLEARINGHOUSE, ATLAS NO | 22888 | 1/1/2012 0:00 | 167.45 | 1,003.03 |
| CLERK OF COMBINED COURT | 22697 | 10/15/2011 0:00 | 45.00 | |
| CLERK OF COMBINED COURT | 22746 | 11/4/2011 0:00 | 45.00 | 90.00 |
| CO DEPT OF PUBLIC HEALTH/ENVIRONMENT | 22734 | 11/1/2011 0:00 | 1,500.00 | |
| CO DEPT OF PUBLIC HEALTH/ENVIRONMENT | 22752 | 11/8/2011 0:00 | 91.90 | |
| CO DEPT OF PUBLIC HEALTH/ENVIRONMENT | 22827 | 12/5/2011 0:00 | 255.00 | 1,846.90 |
| COLORADO DEPARTMENT OF PUBLIC | 22735 | 11/1/2011 0:00 | 75.00 | 75.00 |
| COLORADO DEPARTMENT OF REVENUE | 22696 | 10/15/2011 0:00 | 125.00 | |
| COLORADO DEPARTMENT OF REVENUE | 22789 | 11/15/2011 0:00 | 125.00 | |
| COLORADO DEPARTMENT OF REVENUE | 22832 | 12/1/2011 0:00 | 150.00 | |
| COLORADO DEPARTMENT OF REVENUE | 22861 | 12/15/2011 0:00 | 125.00 | 525.00 |
| COLORADO DEPT OF REVENUE | 22889 | 1/1/2012 0:00 | 125.00 | 125.00 |
| COLORADO RUBBER & SUPPLY | 22703 | 10/21/2011 0:00 | 1,397.99 | 1,397.99 |
| COLORADO STATE TREASURER | 22732 | 10/28/2011 0:00 | 12,007.72 | |
| COLORADO STATE TREASURER | 22867 | 12/23/2011 0:00 | 270.00 | 12,277.72 |
| COMDATA | | 10/21/2011 0:00 | 3,000.00 | |
| COMDATA | | 10/24/2011 0:00 | 3,000.00 | |
| COMDATA | | 10/18/2011 0:00 | 3,000.00 | |
| COMDATA | | 10/20/2011 0:00 | 4,600.00 | |
| COMDATA | | 10/28/2011 0:00 | 3,500.00 | |
| COMDATA | | 10/31/2011 0:00 | 3,500.00 | |
| COMDATA | | 10/26/2011 0:00 | 1,500.00 | |
| COMDATA | | 11/7/2011 0:00 | 3,500.00 | |
| COMDATA | | 11/3/2011 0:00 | 3,000.00 | |
| COMDATA | | 11/10/2011 0:00 | 2,100.00 | |
| COMDATA | | 11/14/2011 0:00 | 5,000.00 | |
| COMDATA | | 11/23/2011 0:00 | 5,000.00 | |
| COMDATA | | 11/18/2011 0:00 | 5,000.00 | |
| COMDATA | | 11/29/2011 0:00 | 2,500.00 | |
| COMDATA | | 12/1/2011 0:00 | 2,500.00 | |
| COMDATA | | 12/6/2011 0:00 | 3,500.00 | |
| COMDATA | | 12/12/2011 0:00 | 5,000.00 | |
| COMDATA | | 11/25/2011 0:00 | 5,000.00 | |
| COMDATA | | 12/9/2011 0:00 | 5,000.00 | |
| COMDATA | | 12/15/2011 0:00 | 2,400.00 | |
| COMDATA | | 12/16/2011 0:00 | 5,000.00 | |
| COMDATA | | 12/23/2011 0:00 | 3,200.00 | |
| COMDATA | | 12/30/2011 0:00 | 3,000.00 | |
| COMDATA | | 1/6/2012 0:00 | 3,000.00 | |
| COMDATA | | 1/6/2012 0:00 | 3,000.00 | |
| COMDATA | | 1/11/2012 0:00 | 5,000.00 | 93,800.00 |
| COMMUNITY BANKS OF COLORADO | | 12/1/2011 0:00 | 18,500.00 | 18,500.00 |
| CON WAY | 22761 | 11/8/2011 0:00 | 462.05 | 462.05 |
| COOSEMANS DENVER INC. | | 11/7/2011 0:00 | 23,195.35 | |
| COOSEMANS DENVER INC. | 22729 | 10/27/2011 0:00 | 19,698.65 | |
| COOSEMANS DENVER INC. | 22730 | 10/27/2011 0:00 | 23,195.35 | |
| COOSEMANS DENVER INC. | 22794 | 11/17/2011 0:00 | 17,454.95 | |
| COOSEMANS DENVER INC. | 22809 | 11/23/2011 0:00 | 14,176.30 | |
| COOSEMANS DENVER INC. | 22811 | 11/28/2011 0:00 | 17,382.20 | |

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| Vendor | Check# | Date | Amount | Total |
|---|---|---|---|---|
| COOSEMANS DENVER INC. | 22865 | 12/22/2011 0:00 | 15,235.35 | |
| COOSEMANS DENVER INC. | 22871 | 12/26/2011 0:00 | 8,818.60 | 139,156.75 |
| COUNTY SHERIFFS OF COLORADO | 22722 | 10/26/2011 0:00 | 75.00 | 75.00 |
| CRESTONE VIEW FARMS | 22684 | 10/14/2011 0:00 | 11,247.32 | |
| CRESTONE VIEW FARMS | 22689 | 10/19/2011 0:00 | 11,374.44 | |
| CRESTONE VIEW FARMS | 22799 | 11/22/2011 0:00 | 9,868.53 | 32,490.29 |
| DAVE CHRISTMAN | 22728 | 10/27/2011 0:00 | 1,522.50 | 1,522.50 |
| DAVID A. BAUER, PC | 22775 | 11/11/2011 0:00 | 36,951.14 | 36,951.14 |
| DAVID FAUCETTE | | 11/25/2011 0:00 | 15,000.00 | |
| DAVID FAUCETTE | | 1/6/2012 0:00 | 10,072.40 | |
| DAVID FAUCETTE | | 1/9/2012 0:00 | 25,000.00 | |
| DAVID FAUCETTE | 10813 | 11/28/2011 0:00 | 31,927.60 | |
| DAVID FAUCETTE | 22716 | 10/25/2011 0:00 | 12,842.52 | |
| DAVID FAUCETTE | 22718 | 11/5/2011 0:00 | 14,869.61 | 109,712.13 |
| DELINE BOX CO. | | 12/16/2011 0:00 | 10,000.00 | |
| DELINE BOX CO. | | 12/30/2011 0:00 | 10,000.00 | 20,000.00 |
| DIAMOND K GYPSUM, INC. | | 10/21/2011 0:00 | 2,621.92 | |
| DIAMOND K GYPSUM, INC. | | 11/7/2011 0:00 | 1,915.62 | |
| DIAMOND K GYPSUM, INC. | | 11/14/2011 0:00 | 2,750.00 | |
| DIAMOND K GYPSUM, INC. | | 12/28/2011 0:00 | 2,500.00 | 9,787.54 |
| DIRECTV | 22797 | 11/17/2011 0:00 | 189.72 | 189.72 |
| DOMINOS PIZZA | 22899 | 1/12/2012 0:00 | 685.88 | |
| DOMINO'S PIZZA | 22778 | 11/14/2011 0:00 | 1,496.61 | 2,182.49 |
| DON CLAIR | 22699 | 10/19/2011 0:00 | 429.50 | |
| DON CLAIR | 22762 | 11/8/2011 0:00 | 838.50 | |
| DON CLAIR | 22821 | 12/1/2011 0:00 | 593.50 | |
| DON CLAIR | 22874 | 12/29/2011 0:00 | 856.00 | 2,717.50 |
| DOUGHERTY INC | 22891 | 1/5/2012 0:00 | 2,039.31 | |
| DOUGHERTY INC | 22901 | | 1,938.00 | 3,977.31 |
| FAMILY SUPPORT REGISTRY | 22693 | 10/15/2011 0:00 | 968.81 | |
| FAMILY SUPPORT REGISTRY | 22742 | 11/4/2011 0:00 | 740.81 | |
| FAMILY SUPPORT REGISTRY | 22786 | 11/15/2011 0:00 | 558.31 | |
| FAMILY SUPPORT REGISTRY | 22833 | 12/1/2011 0:00 | 456.81 | |
| FAMILY SUPPORT REGISTRY | 22862 | 12/15/2011 0:00 | 469.81 | |
| FAMILY SUPPORT REGISTRY | 22872 | 12/15/2011 0:00 | 27.00 | |
| FAMILY SUPPORT REGISTRY | 22887 | 1/1/2012 0:00 | 456.66 | 3,678.21 |
| FAMOUS SOFTWARE LLC | | 12/28/2011 0:00 | 2,973.88 | 2,973.88 |
| FARM PLAN | 22812 | 12/1/2011 0:00 | 2,295.92 | 2,295.92 |
| FAUCETTE TRUCKING | 22731 | 10/28/2011 0:00 | 5,739.20 | |
| FAUCETTE TRUCKING | 22830 | 12/6/2011 0:00 | 2,878.00 | 8,617.20 |
| FOOTHILLS LABEL ASSOCIATES | | 10/31/2011 0:00 | 10,715.15 | |
| FOOTHILLS LABEL ASSOCIATES | | 12/12/2011 0:00 | 18,431.07 | |
| FOOTHILLS LABEL ASSOCIATES | | 11/30/2011 0:00 | 10,000.00 | 39,146.22 |
| FORD MOTOR CREDIT COMPANY | | 11/7/2011 0:00 | 2,266.27 | 2,266.27 |
| FRANK CHESTER YOUNG | 22691 | 10/17/2011 0:00 | 257.99 | |
| FRANK CHESTER YOUNG | 22692 | 10/18/2011 0:00 | 16.91 | |
| FRANK CHESTER YOUNG | 22723 | 10/26/2011 0:00 | 22.00 | |
| FRANK CHESTER YOUNG | 22756 | 11/8/2011 0:00 | 19.10 | |
| FRANK CHESTER YOUNG | 22767 | 11/10/2011 0:00 | 73.74 | |
| FRANK CHESTER YOUNG | 22831 | 12/6/2011 0:00 | 135.76 | |
| FRANK CHESTER YOUNG | 22868 | 12/23/2011 0:00 | 170.25 | |
| FRANK CHESTER YOUNG | 22894 | 1/10/2012 0:00 | 251.60 | 947.35 |

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| | | | | |
|---|---|---|---|---|
| GENE RODRIGUEZ | 22866 | 12/22/2011 0:00 | 3,212.27 | 3,212.27 |
| GEOTECH ENVIRONMENTAL EQUIPMENT | 22710 | 10/24/2011 0:00 | 715.30 | 715.30 |
| GILLELAND FARMS | 22717 | 10/25/2011 0:00 | 10,967.35 | |
| GILLELAND FARMS | 22895 | 1/11/2012 0:00 | 10,000.00 | 20,967.35 |
| GOBINS, INC | 22818 | 11/29/2011 0:00 | 2,257.34 | 2,257.34 |
| HAMPTON INN ALAMOSA | | 11/17/2011 0:00 | 3,212.48 | |
| HAMPTON INN ALAMOSA | | 11/17/2011 0:00 | 301.17 | |
| HAMPTON INN ALAMOSA | | 11/17/2011 0:00 | 200.78 | 3,714.43 |
| HARCROS CHEMICALS INC. | 22725 | 10/27/2011 0:00 | 2,181.92 | |
| HARCROS CHEMICALS INC. | 22814 | 11/28/2011 0:00 | 2,760.97 | 4,942.89 |
| HUSMANN PLUMBING AND HEATING | 22781 | 11/14/2011 0:00 | 584.90 | 584.90 |
| I TRADE NETWORK | 22803 | 11/23/2011 0:00 | 1,470.00 | 1,470.00 |
| IDALOU EGG RANCH | | 10/24/2011 0:00 | 397.48 | |
| IDALOU EGG RANCH | 22690 | 10/14/2011 0:00 | 400.00 | |
| IDALOU EGG RANCH | 22700 | 10/20/2011 0:00 | 354.11 | |
| IDALOU EGG RANCH | 22711 | 10/25/2011 0:00 | 382.85 | |
| IDALOU EGG RANCH | 22733 | 10/28/2011 0:00 | 365.18 | |
| IDALOU EGG RANCH | 22749 | 11/7/2011 0:00 | 338.77 | |
| IDALOU EGG RANCH | 22804 | 11/23/2011 0:00 | 833.91 | |
| IDALOU EGG RANCH | 22819 | 12/1/2011 0:00 | 422.37 | 3,494.67 |
| INN AT SILVERCREEK HOA | 22719 | 10/26/2011 0:00 | 2,293.99 | 2,293.99 |
| INTERNAL REVENUE SERVICE CTR. | 22695 | 10/15/2011 0:00 | 50.00 | |
| INTERNAL REVENUE SERVICE CTR. | 22744 | 11/4/2011 0:00 | 50.00 | |
| INTERNAL REVENUE SERVICE CTR. | 22788 | 11/15/2011 0:00 | 50.00 | |
| INTERNAL REVENUE SERVICE CTR. | 22810 | 11/28/2011 0:00 | 3,120.00 | 3,270.00 |
| ISAIAS GALLARDO | 17721 | 11/29/2011 0:00 | 58,500.00 | 58,500.00 |
| JACKSON LEWIS | 22835 | 12/7/2011 0:00 | 4,104.50 | 4,104.50 |
| JADE COMMUNICATIONS LLC | 22737 | 11/1/2011 0:00 | 95.83 | 95.83 |
| JOSE FLORES | 10811 | 10/18/2011 0:00 | 5,819.99 | 5,819.99 |
| KARMJIT SALH | 22822 | 12/1/2011 0:00 | 5,000.00 | |
| KARMJIT SALH | 22875 | 12/29/2011 0:00 | 3,456.80 | |
| KARMJIT SALH | 22897 | 1/12/2012 0:00 | 8,077.44 | 16,534.24 |
| KENNETT SQUARE LABS, LLC | 22754 | 11/8/2011 0:00 | 330.00 | 330.00 |
| LESTER, SIGMOND, ROONEY & SCHWIESOW | 22783 | 11/15/2011 0:00 | 3,000.00 | 3,000.00 |
| LOAF N JUG | 22741 | 11/2/2011 0:00 | 338.86 | |
| LOAF N JUG | 22890 | 1/5/2012 0:00 | 397.36 | 736.22 |
| MHC TRUCK LEASING | | 11/28/2011 0:00 | 16,126.10 | |
| MHC TRUCK LEASING | | 12/13/2011 0:00 | 16,126.00 | |
| MHC TRUCK LEASING | | 12/19/2011 0:00 | 16,125.00 | |
| MHC TRUCK LEASING | | 1/6/2012 0:00 | 16,125.00 | |
| MHC TRUCK LEASING | | 1/9/2012 0:00 | 16,125.00 | |
| MHC TRUCK LEASING | | 12/27/2011 0:00 | 16,125.00 | 96,752.10 |
| MICHAEL SMITH | 22726 | 10/27/2011 0:00 | 2,249.90 | |
| MICHAEL SMITH | 22840 | 12/7/2011 0:00 | 1,100.00 | |
| MICHAEL SMITH | 22841 | 12/8/2011 0:00 | 940.25 | |
| MICHAEL SMITH | 22878 | 12/29/2011 0:00 | 836.06 | 5,126.21 |
| MONTE VISTA COOP | 22863 | 12/21/2011 0:00 | 11,641.63 | 11,641.63 |
| MONTE VISTA MACHINE TOOL | 22759 | 11/8/2011 0:00 | 881.22 | 881.22 |
| MORNING FRESH FARMS | | 11/15/2011 0:00 | 5,000.00 | |
| MORNING FRESH FARMS | | 11/16/2011 0:00 | 5,000.00 | |
| MORNING FRESH FARMS | | 11/18/2011 0:00 | 5,000.00 | |
| MORNING FRESH FARMS | | 12/12/2011 0:00 | 5,000.00 | |

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| | | | | |
|---|---|---|---|---|
| MORNING FRESH FARMS | | 11/28/2011 0:00 | 5,000.00 | 25,000.00 |
| MOTION INDUSTRIES, INC. | 22780 | 11/14/2011 0:00 | 2,534.10 | |
| MOTION INDUSTRIES, INC. | 22791 | 11/17/2011 0:00 | 2,826.73 | 5,360.83 |
| MOTOR PARTS CO. | 22768 | 11/10/2011 0:00 | 358.41 | 358.41 |
| NATHAN SEGAL & COMPANY | | 10/17/2011 0:00 | 7,600.00 | |
| NATHAN SEGAL & COMPANY | | 10/26/2011 0:00 | 7,500.00 | |
| NATHAN SEGAL & COMPANY | | 11/11/2011 0:00 | 59,599.10 | 74,699.10 |
| NATIONAL KING COAL LLC | | 10/17/2011 0:00 | 6,823.12 | |
| NATIONAL KING COAL LLC | | 10/28/2011 0:00 | 5,000.00 | |
| NATIONAL KING COAL LLC | | 11/14/2011 0:00 | 2,736.16 | |
| NATIONAL KING COAL LLC | | 12/13/2011 0:00 | 5,000.00 | 19,559.28 |
| NITIN GAMBHIR | 22772 | 11/10/2011 0:00 | 1,000.00 | |
| NITIN GAMBHIR | 22837 | 12/7/2011 0:00 | 1,000.00 | 2,000.00 |
| NOBEL/SYSCO - DENVER | 22790 | 11/16/2011 0:00 | 5,011.27 | 5,011.27 |
| NORTH COUNTRY DISTRIBUTORS INC | | 10/24/2011 0:00 | 2,079.00 | 2,079.00 |
| ORKIN PEST CONTROL | 22727 | 10/27/2011 0:00 | 937.46 | |
| ORKIN PEST CONTROL | 22896 | 1/12/2012 0:00 | 1,406.19 | 2,343.65 |
| OUR SPECIALTY TRANSPORTATION | 22713 | 10/25/2011 0:00 | 5,100.00 | 5,100.00 |
| PANNELL MFG. CORP. | 22765 | 11/8/2011 0:00 | 4,599.07 | 4,599.07 |
| PARTS PLUS | 22755 | 11/8/2011 0:00 | 11.54 | 11.54 |
| PINNACOL ASSURANCE | | 11/28/2011 0:00 | 29,234.07 | |
| PINNACOL ASSURANCE | | 12/8/2011 0:00 | 24,131.48 | 53,365.55 |
| PLATINUM TRANSPORT | | 10/21/2011 0:00 | 5,000.00 | |
| PLATINUM TRANSPORT | 22893 | 1/6/2012 0:00 | 7,000.00 | 12,000.00 |
| POOLE CHEMICAL CO. | 22720 | 10/26/2011 0:00 | 2,800.00 | 2,800.00 |
| PREMIER HORTICULTURE INC. | | 10/24/2011 0:00 | 10,000.00 | |
| PREMIER HORTICULTURE INC. | | 10/27/2011 0:00 | 10,000.00 | |
| PREMIER HORTICULTURE INC. | | 12/6/2011 0:00 | 8,500.00 | 28,500.00 |
| PRO-ACT | 22701 | 10/20/2011 0:00 | 65.20 | 65.20 |
| PUBLIC SERVICE CO OF COLORADO | | 10/31/2011 0:00 | 58,237.10 | |
| PUBLIC SERVICE CO OF COLORADO | | 11/1/2011 0:00 | 226.33 | |
| PUBLIC SERVICE CO OF COLORADO | | 11/1/2011 0:00 | 575.75 | |
| PUBLIC SERVICE CO OF COLORADO | | 11/1/2011 0:00 | 27,636.53 | |
| PUBLIC SERVICE CO OF COLORADO | | 12/5/2011 0:00 | 68,000.00 | |
| PUBLIC SERVICE CO OF COLORADO | | 11/22/2011 0:00 | 50,000.00 | 204,675.71 |
| QBP LOGISTICS, INC. | | 12/22/2011 0:00 | 2,400.00 | 2,400.00 |
| RAKHRA MUSHROOM FARM CORP | 17723 | 12/21/2011 0:00 | 2,000.00 | |
| RAKHRA MUSHROOM FARM, CORP. | 10812 | 11/22/2011 0:00 | 2,321.32 | |
| RAKHRA MUSHROOM FARM, CORP. | 22698 | 10/19/2011 0:00 | 2,354.25 | |
| RAKHRA MUSHROOM FARM, CORP. | 22706 | 10/21/2011 0:00 | 1,991.60 | |
| RAKHRA MUSHROOM FARM, CORP. | 22751 | 11/7/2011 0:00 | 2,825.74 | |
| RAKHRA MUSHROOM FARM, CORP. | 22776 | 11/11/2011 0:00 | 3,815.35 | |
| RAKHRA MUSHROOM FARM, CORP. | 22777 | 11/14/2011 0:00 | 1,980.48 | |
| RAKHRA MUSHROOM FARM, CORP. | 22785 | 11/16/2011 0:00 | 437.13 | |
| RAKHRA MUSHROOM FARM, CORP. | 22820 | 12/1/2011 0:00 | 983.66 | |
| RAKHRA MUSHROOM FARM, CORP. | 22839 | 12/7/2011 0:00 | 1,102.63 | |
| RAKHRA MUSHROOM FARM, CORP. | 22859 | 12/13/2011 0:00 | 1,280.64 | |
| RAKHRA MUSHROOM FARM, CORP. | 22876 | 12/29/2011 0:00 | 285.01 | |
| RAKHRA MUSHROOM FARM, CORP. | 22882 | 1/3/2012 0:00 | 913.81 | |
| RAKHRA MUSHROOM FARM, CORP. | 22883 | 1/6/2012 0:00 | 1,245.05 | |
| RAKHRA MUSHROOM FARM | 22898 | 1/12/2012 0:00 | 675.91 | 24,212.58 |
| ROCKIN R INVESTMENTS, LLC | | 12/19/2011 0:00 | 4,750.00 | |

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| | | | | |
|---|---|---|---|---|
| ROCKIN R INVESTMENTS, LLC | | 1/6/2012 0:00 | 5,000.00 | 9,750.00 |
| RYDER TRANSPORTATION SERVICES | | 10/22/2011 0:00 | 12,174.97 | |
| RYDER TRANSPORTATION SERVICES | | 12/13/2011 0:00 | 5,000.00 | |
| RYDER TRANSPORTATION SERVICES | | 12/16/2011 0:00 | 5,000.00 | 22,174.97 |
| SHAY MOCKELMANN | 22771 | 11/11/2011 0:00 | 2,306.05 | 2,306.05 |
| SLVRSWA | 22758 | 11/8/2011 0:00 | 101.06 | 101.06 |
| ST PAUL TRAVELERS | 22738 | 11/1/2011 0:00 | 631.03 | |
| ST PAUL TRAVELERS | 22806 | 11/23/2011 0:00 | 1,262.06 | 1,893.09 |
| STATE OF COLORADO | 22745 | 11/4/2011 0:00 | 125.00 | 125.00 |
| SUDESH K. GAMBHIR | 22773 | 11/10/2011 0:00 | 2,000.00 | |
| SUDESH K. GAMBHIR | 22837 | 12/20/2011 0:00 | 2,000.00 | 4,000.00 |
| SUPERIOR FILTRATION PRODUCTS, LLC | 22704 | 10/21/2011 0:00 | 1,845.50 | 1,845.50 |
| SUSAN R HAHN, LLC | 17722 | 11/29/2011 0:00 | 31,500.00 | 31,500.00 |
| SYLVAN AMERICA,INC | | 10/27/2011 0:00 | 25,000.00 | |
| SYLVAN AMERICA,INC | | 11/14/2011 0:00 | 23,737.00 | |
| SYLVAN AMERICA,INC | | 11/25/2011 0:00 | 25,000.00 | |
| SYLVAN AMERICA,INC | | 12/30/2011 0:00 | 16,300.00 | 90,037.00 |
| TANYA NAJERA | 22724 | 10/26/2011 0:00 | 529.92 | 529.92 |
| TEAM PACKAGING INC | | 11/29/2011 0:00 | 7,500.00 | |
| TEAM PACKAGING INC | | 12/1/2011 0:00 | 2,500.00 | |
| TEAM PACKAGING INC | | 12/6/2011 0:00 | 20,000.00 | |
| TEAM PACKAGING INC | | 1/9/2012 0:00 | 4,560.75 | |
| TEAM PACKAGING INC | 22714 | 10/25/2011 0:00 | 20,312.70 | |
| TEAM PACKAGING INC | 22784 | 11/16/2011 0:00 | 16,602.16 | 71,475.61 |
| TECH CONTROL, LTD | 22721 | 10/26/2011 0:00 | 185.00 | 185.00 |
| TEMPLE-INLAND | | 11/18/2011 0:00 | 1,550.00 | |
| TEMPLE-INLAND | | 11/29/2011 0:00 | 10,000.00 | |
| TEMPLE-INLAND | | 12/15/2011 0:00 | 25,000.00 | |
| TEMPLE-INLAND | | 12/19/2011 0:00 | 14,000.00 | 50,550.00 |
| TIRE DISTRIBUTION SYSTEM | 22883 | 1/3/2012 0:00 | 2,390.96 | 2,390.96 |
| TORRES TRUCKING | | 1/9/2012 0:00 | 3,400.00 | 3,400.00 |
| TOYOTA FINANCIAL SERVICES | | 10/17/2011 0:00 | 4,022.88 | |
| TOYOTA FINANCIAL SERVICES | | 10/21/2011 0:00 | 4,022.88 | |
| TOYOTA FINANCIAL SERVICES | | 10/28/2011 0:00 | 4,022.88 | |
| TOYOTA FINANCIAL SERVICES | | 11/4/2011 0:00 | 4,022.88 | 16,091.52 |
| TRANE COMPANY | 22750 | 11/7/2011 0:00 | 2,928.50 | 2,928.50 |
| UNITED PARCEL SERVICE | 22815 | 11/29/2011 0:00 | 33.75 | |
| UNITED PARCEL SERVICE | 22869 | 12/23/2011 0:00 | 3.22 | 36.97 |
| UTILITY TRAILER OF COLORADO, LLC | 22709 | 10/22/2011 0:00 | 220.47 | 220.47 |
| VALLEY SHIPPERS INC | 22802 | 12/22/2011 0:00 | 6,816.00 | 6,816.00 |
| VERIZON WIRELESS | | 12/6/2011 0:00 | 2,475.79 | 2,475.79 |
| WAGNER EQUIPMENT CO. | 22708 | 10/22/2011 0:00 | 490.11 | |
| WAGNER EQUIPMENT CO. | 22736 | 11/1/2011 0:00 | 55.10 | 545.21 |
| WAL-MART SUPERCENTER | 22793 | 11/17/2011 0:00 | 500.00 | 500.00 |
| WELCH EQUIPMENT COMPANY, INC. | 22792 | 11/17/2011 0:00 | 1,768.22 | 1,768.22 |
| WISCONSIN DEPT. OF REVENUE | 22826 | 12/5/2011 0:00 | 150.00 | 150.00 |
| XPEDX | | 12/19/2011 0:00 | 37,513.29 | |
| XPEDX | | 12/28/2011 0:00 | 13,000.00 | |
| XPEDX | | 1/9/2012 0:00 | 9,000.00 | 59,513.29 |
| YOTTA MARK | | 12/16/2011 0:00 | 9,900.51 | 9,900.51 |

2,005,713.29  2,005,713.29

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                    Case No. _____

**Rakhra Mushroom Farm Corporation** _____    Chapter **11** _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 4,565,139.00 | | |
| B - Personal Property | Yes | 4 | $ 3,238,741.72 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 4,960,906.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 1,266,520.09 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $ 1,973,870.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 33 | $ 7,803,880.72 | $ 8,201,297.64 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Rakhra Mushroom Farm Corporation** _____   Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Certain real property, improvements and fixtures, known by street address 10719 County Road 5 South, Alamosa, Colorado 81101 and adjoining real property, including but not limited to: land, buildings, tunnels, bunkers, conveyers, loading dock, concrete slab, manager housing, employee housing, mushroom growing facility, and bag house. (Valuation from 2011 real property records).** | **Fee Simple** | | 4,565,139.00 | 4,614,082.70 |
| | | **TOTAL** | **4,565,139.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Rakhra Mushroom Farm Corporation** _____   Case No. _____
        Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Alamosa State Bank (Certificates of Deposit)** | | 182,553.10 |
| | | **Alamosa State Bank (money market account)** | | 2,500.00 |
| | | **Alamosa State Bank (operating account)** | | 3,015.86 |
| | | **Alamosa State Bank (payroll account)** | | 0.00 |
| | | **Alamosa State Bank (state payroll account)** | | 95.75 |
| | | **Community Banks of Colorado (Money Market Account)** | | 536.37 |
| | | **Community Banks of Colorado account (accounts payable)** | | 1.00 |
| | | **First South West Bank account (Account Payable - 943 and 940)** | | 95.64 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Rakhra Mushroom Farm Corporation**                                   Case No. _____
_____
               Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable.** | | **700,000.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1974 dump truck** | | **469.00** |
| | | **1979 Chevy Dump Truck** | | **100.00** |
| | | **1980 Ford dump truck** | | **100.00** |
| | | **1985 utility trailer** | | **100.00** |
| | | **1988 Great Dane trailer** | | **100.00** |
| | | **1990 dump truck** | | **500.00** |
| | | **1992 utility trailer** | | **100.00** |
| | | **1993 utility reefer truck** | | **100.00** |
| | | **1994 utility reefer truck** | | **50.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____  Case No. _____
                                Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1996 Reefer Trailer | | 4,757.00 |
| | | 1996 Reefer Trailer | | 4,448.00 |
| | | 1996 Reefer Trailer | | 3,729.00 |
| | | 1996 Reefer Trailer | | 3,729.00 |
| | | 1996 Reefer Trailer | | 3,729.00 |
| | | 1996 Trail Mobile 3175 | | 100.00 |
| | | 1997 Trail Mobile 1195 | | 100.00 |
| | | 1998 Flatbed Trailer | | 6,455.00 |
| | | 1998 flatbed trailer | | 100.00 |
| | | 1998 Sonoma Pickup | | 100.00 |
| | | 2003 Ford Expedition | | 3,166.00 |
| | | 2003 Ford Expedition | | 3,541.00 |
| | | 2005 Dodge Pickup | | 2,380.00 |
| | | 2007 Ford Explorer | | 13,000.00 |
| | | 2008 Ford Expedition | | 20,991.00 |
| | | 3 Reefer Trailers, 1994-1995 models | | 1,200.00 |
| | | Bobtail Truck | | 100.00 |
| | | Dump Truck | | 8,746.00 |
| | | Motor Trash Truck | | 1,289.00 |
| | | reefer van | | 100.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | 2 extended forklifts | | 3,000.00 |
| | | Fax machine, laser printer, security camera system, coffee machine, sandwich machine, office phone system, 1 laptop computer | | 1,000.00 |
| | | kronos time clock, conference table, office computer | | 0.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | 1999 Kenworth Tractor | | 100.00 |
| | | 2 Aztec Marine Boilers | | 100.00 |
| | | 2 blue move ovens | | 0.00 |
| | | 2 Traymaster Tray Liners | | 100.00 |
| | | 3 Cat Loaders, 2005-2006 | | 350,000.00 |
| | | 4 refrigerator units | | 12,000.00 |
| | | 4x4 Forklift | | 3,000.00 |
| | | 5 Toyota Fork Lifts (2011) | | 127,500.00 |
| | | Air Compressor | | 100.00 |
| | | Cacing machine | | 0.00 |
| | | Cat Loader | | 15,000.00 |
| | | Cat loader and Cat wheel loader | | 0.00 |
| | | Chiller and protable cooler | | 0.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation**                                    Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Compactor | | 400.00 |
| | | Computer System in tunnels | | 40,000.00 |
| | | Concrete saw | | 0.00 |
| | | Conveyors | | 100,000.00 |
| | | Coolers for the tunnel | | 10,000.00 |
| | | Forklift | | 700.00 |
| | | Hotsy cleaner | | 1,352.00 |
| | | Loader | | 15,000.00 |
| | | Mushroom slicer | | 1,500.00 |
| | | Pallet Jack | | 800.00 |
| | | Peat moss drum | | 1,000.00 |
| | | Plasma Cutter | | 400.00 |
| | | Pre-pack Labeler | | 300.00 |
| | | Pre-Pack Machine OTM | | 8,000.00 |
| | | Pre-Wet Machine | | 3,000.00 |
| | | Prepack Machine | | 5,000.00 |
| | | Prewet machine | | 100.00 |
| | | Pulling Winch | | 25,000.00 |
| | | Recycle Baler | | 2,000.00 |
| | | Ricking Box | | 0.00 |
| | | Slurry Tank | | 13,000.00 |
| | | soil sterilizer drum | | 0.00 |
| | | Thermoline 1500 furnace | | 0.00 |
| | | Tin bender and tin cutter | | 0.00 |
| | | Water softener | | 1,500.00 |
| 30.  Inventory. | | Inventory (includes harvested mushrooms.spent compost and equipment inventory). | | 1,175,000.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | | Crops growing (mushrooms). | | 350,000.00 |
| 33.  Farming equipment and implements. | | spawn applicator | | 613.00 |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| **TOTAL** | **3,238,741.72** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

**IN RE** Rakhra Mushroom Farm Corporation _____   Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:              ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6D (Official Form 6D) (12/07)**

IN RE **Rakhra Mushroom Farm Corporation**                Case No. _____

_____Debtor(s)_____                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

<div style="writing-mode: vertical-rl">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2874**<br><br>**Alamosa State Bank**<br>**PO Box 1098**<br>**2225 Main St.**<br>**Alamosa, CO  81101** | | | **$151,000 Line of Credit secured by a certificate of deposit in the amt of $182,553.00.**<br><br>VALUE $ **182,553.10** | | | | 151,000.00 | |
| ACCOUNT NO.<br><br>**Alamosa State Bank**<br>**PO Box 1098**<br>**2225 Main St.**<br>**Alamosa, CO  81101** | | | **A term loan secured by Certif. of Deposit in the amt of $3,400.00**<br><br>VALUE $ **5,611.61** | | | | 19,179.00 | 13,567.39 |
| ACCOUNT NO. **5313**<br><br>**Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**PO Box 340001**<br>**Nashville, TN  37203-0001** | | | <br><br>VALUE $ | | | | 18,698.73 | 18,698.73 |
| ACCOUNT NO. **1203**<br><br>**Chase Auto Finance**<br>**PO Box 78101**<br>**Phoenix, AZ  85062-8101** | | | **Auto Loan: 2007 Ford Explorer**<br><br>VALUE $ **13,000.00** | | | | 9,167.36 | |

___**2**___ continuation sheets attached

| | Subtotal (Total of this page) | $ 198,045.09 | $ 32,266.12 |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6302** <br> **Community Banks Of Colorado** <br> **2061 Main Street** <br> **Alamosa, CO 81101** | | | **Promissory Note and Deed of Trust originated on Dec. 14, 2007; property street address: 10719 County Road 5 South, Alamosa, CO 81101** <br><br> VALUE $ **6,440,676.37** | | | | 4,614,082.70 | |
| ACCOUNT NO. <br> **Coosemans Denver, Inc.** <br> **Scott A. St. Clair, Registered Agent** <br> **3100 Arapahoe, #503** <br> **Boulder, CO 80303** | | | **Claim for balance due for sale and shipment of perishable agricultural commodities and enforcement of plaintiff's rights under Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. 499e et seq.]** <br><br> VALUE $ | X | X | X | 36,117.30 | 36,117.30 |
| ACCOUNT NO. <br> **R. Jason Read, Esq.** <br> **Rynn & Janowsky, LLP** <br> **4100 Newport Place Drive, Suite 700** <br> **Newport Beach, CA 92660** | | | **Assignee or other notification for: Coosemans Denver, Inc.** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **De Lage Landen Financial Services, Inc.** <br> **PO Box 824018** <br> **Philadelphia, PA 19182-4018** | | | <br><br> VALUE $ | | | | 852.36 | 852.36 |
| ACCOUNT NO. **0355** <br> **Ford Motor Credit** <br> **PO Box 790093** <br> **St. Louis, MO 63179-0093** | | | **Auto Loan; collateral is 2008 Ford Expedition VIN # 1FMFU20578LA19950** <br><br> VALUE $ **16,000.00** | | | | 16,114.00 | 114.00 |
| ACCOUNT NO. **7952** <br> **MHC Truck Leasing** <br> **4435 North Elizabeth St.** <br> **Pueblo, CO 81008** | | | <br><br> VALUE $ | | | | 50,155.25 | 50,155.25 |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **4,717,321.61** | $ **87,238.91**

Total
(Use only on last page) $ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____   Case No. _____
             Debtor(s)                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0148** <br><br> **Ryder Transportation Services** <br> **6000 Windward Parkway** <br> **Alpharetta, GA  30005** | | | <br><br><br> VALUE $ **25,299.00** | | | | **25,299.36** | **0.36** |
| ACCOUNT NO. <br><br> **Ryder Transportation Services** <br> **Accts Payable/20th ACH** <br> **PO Box 2002** <br> **Alamosa, CO  81101-0200** | | | **Assignee or other notification for:** <br> **Ryder Transportation Services** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **0772** <br><br> **Toyota Financial Services** <br> **PO Box 3457** <br> **Torrance, CA  90510-3457** | | | <br><br> VALUE $ **127,500.00** | | | | **20,240.85** | |
| ACCOUNT NO. <br><br> **Welch Equipment Company, Inc.** <br> **5025 Nome Street** <br> **Denver, CO  80239** | | | **Assignee or other notification for:** <br> **Toyota Financial Services** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _____**2**____ of ____**2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **45,540.21** | $ **0.36** |
| Total (Use only on last page) | $ **4,960,906.91** | $ **119,505.39** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Rakhra Mushroom Farm Corporation**                           Case No. _____
_____                                        _____
                     Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____  Case No. _____
         Debtor(s)                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Alamosa County Treasurer** <br> **402 Edison Ave., PO Box 659** <br> **Alamosa, CO 81101** | | | | | | | 95,062.39 | 95,062.39 | |
| ACCOUNT NO. **4004** <br> CO Dept Of Labor And Employment/Treasury <br> PO Box 8789 <br> Denver, CO 80201-8789 | | | **Unemployment Insurance premiums due for Feb. 2011.** | | | | 26,511.82 | 26,511.82 | |
| ACCOUNT NO. <br> **Colorado State Treasurer** <br> **Unemployment Insurance Tax** <br> **PO Box 956** <br> **Denver, CO 80201-0956** | | | **Assignee or other notification for:** <br> **CO Dept Of Labor And Employment/Treasury** | | | | | | |
| ACCOUNT NO. **2671** <br> **Colorado Department Of Revenue** <br> **Tax Audit And Compliance Division** <br> **1375 Sherman St Rm 504** <br> **Denver, CO 80203-2246** | | | | | | | 56,132.77 | 56,132.77 | |
| ACCOUNT NO. **2671** <br> **Internal Revenue Service** <br> **Centralized Insolvency Operations** <br> **PO Box 21126** <br> **Philadelphia, PA 19114-0326** | | | **943 employer taxes for 2010 and 2011** | | | | 1,088,813.11 | 1,088,813.11 | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **1,266,520.09** | $ **1,266,520.09** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **1,266,520.09** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **1,266,520.09** | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **Rakhra Mushroom Farm Corporation**                    Case No. _____
_____
Debtor(s)                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5315** <br><br> **ABC/Amega, Inc** <br> **1100 Main Street** <br> **Buffalo, NY  14209** | | | | | | | **4,828.00** |
| ACCOUNT NO. <br><br> **Absmeier Landscaping & Construction, LLC** <br> **1424 21st Street, PO Box 1134** <br> **Alamosa, CO  81101** | | | | | | | **28,696.25** |
| ACCOUNT NO. <br><br> **Ace Hardware Of Alamosa** <br> **Alamosa, CO  81101** | | | | | | | **242.08** |
| ACCOUNT NO. <br><br> **Affiliated Caster & Wheel, Inc.** <br> **5301 E. 38th Ave.** <br> **Denver, CO  80207** | | | | | | | **2,997.44** |

_____ **19** continuation sheets attached

Subtotal
(Total of this page)  $  **36,763.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
                                    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Agricultural Chemicals Marketing** <br> **404 E. 25th Street** <br> **Upland, CA 91784** | | | | | | | 414.75 |
| ACCOUNT NO. <br> **Air Filter Solutions, Inc.** <br> **2500 W. 8th Ave., Suite B** <br> **Denver, CO 80204** | | | | | | | 6,530.03 |
| ACCOUNT NO. <br> **Airgas Intermountain, Inc.** <br> **6685 W. US Hwy 160** <br> **Alamosa, CO 81101** | | | | | | | 6,409.84 |
| ACCOUNT NO. <br> **Alamosa Building Supply** <br> **1403 Tremont Ave.** <br> **Alamosa, CO 81101** | | | | | | | 490.79 |
| ACCOUNT NO. <br> **Alamosa Lumber** <br> **531 Edison** <br> **Alamosa, CO 81101** | | | | | | | 76.21 |
| ACCOUNT NO. <br> **Alamosa Truck Brokers** <br> **6800 South Hwy 17** <br> **Alamosa, CO 81101** | | | | | | | 5,800.00 |
| ACCOUNT NO. <br> **ALTA Fuels** <br> **615 State Avenue** <br> **Alamosa, CO 81101** | | | **Utiltiy - Diesel.** | | | | 30,446.45 |

Sheet no. _____**1**_____ of _____**19**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 50,168.07

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____  Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amycel**<br>**PO Box 39000, Dept. 33272**<br>**San Francisco, CA  94139-3272** | | | | | | | 1,800.00 |
| ACCOUNT NO.<br>**Anrac Farms**<br>**18504 County Road 50**<br>**Saguche, CO  81149** | | | | | | | 12,491.30 |
| ACCOUNT NO.<br>**AT Conference** | | | | | | | 24.34 |
| ACCOUNT NO.<br>**Berger Horticultural Products, Ltd.** | | | | | | | 6,744.18 |
| ACCOUNT NO.<br>**Bernal Farms** | | | | | | | 2,066.00 |
| ACCOUNT NO.<br>**Bervig's True Value**<br>**Alamosa, CO  81101** | | | | | | | 189.01 |
| ACCOUNT NO.<br>**Blue Book Services, Inc.** | | | | | | | 750.00 |

Sheet no. **2** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,064.83

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
                           Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Business Solutions Leasing**<br>PO Box 660831<br>Dallas, TX  75266-0831 | | | | | | | 942.38 |
| ACCOUNT NO.<br>**Carrier Corporation**<br>2120 West End Ave., PO Box 93844<br>Chicago, IL  60673-3844 | | | | | | | 9,026.50 |
| ACCOUNT NO.<br>**Central Bag And Burlap Co.**<br>5601 North Logan<br>Denver, CO  80216 | | | | | | | 2,281.53 |
| ACCOUNT NO.<br>**Central State Alfalfa Corp**<br>16710 Dallas Parkway, Suite 114<br>Dallas, TX  75248 | | | | | | | 19,626.00 |
| ACCOUNT NO. **5882**<br>**CenturyLink**<br>PO Box 29040<br>Phoenix, AZ  85038-9040 | | | Utility - Phone. | | | | 672.54 |
| ACCOUNT NO.<br>**CH Robinson Worldwide, Inc.**<br>PO Box 9121<br>Minneapolis, MN  55480-9121 | | | | | | | 3,650.00 |
| ACCOUNT NO.<br>**Chaparral Tire**<br>517 Bell<br>Alamosa, CO  81101 | | | | | | | 5.40 |

Sheet no. _____**3**__ of __**19**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **36,204.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____   Case No. _____
_____ Debtor(s) _____                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ChemTreat, Inc.**<br>**15045 Collections Center Drive**<br>**Chicago, IL  60693** | | | | | | | **19,405.08** |
| ACCOUNT NO.<br>**Coastal Traing Technologies Corp.**<br>**PO Box 846078**<br>**Dallas, TX  75284-6078** | | | | | | | **7,687.77** |
| ACCOUNT NO.<br>**Colorado Machinery**<br>**685 Enterprise Drive**<br>**Pueblo West, CO  81007** | | | | | | | **21,252.57** |
| ACCOUNT NO.<br>**Colorado Scale Center**<br>**3914 Youngfield St.**<br>**Wheatridge, CO  80033** | | | | | | | **707.92** |
| ACCOUNT NO.<br>**Comdata**<br>**Attn: Cash Deposits**<br>**PO Box 900**<br>**Brentwood, TN  37024** | | | | | | | **14,292.54** |
| ACCOUNT NO.<br>**Crestone View Farms**<br>**4575 Highway 285**<br>**Center, CO  81125** | | | | | | | **64,887.20** |
| ACCOUNT NO.<br>**David Faucette**<br>**PO Box 95**<br>**19069 C.R. 20**<br>**Sanford, CO  81151** | | | | | | | **35,895.67** |

Sheet no. _____**4**___ of _____**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **164,128.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Deline Box Co.** <br> **3700 Lima St.** <br> **Denver, CO  80239-3309** | | | | | | | 61,980.56 |
| ACCOUNT NO. <br> **Dermatec Direct** <br> **4430 E. Adamo Drive, Suite 306** <br> **Tampa, FL  33605** | | | | | | | 4,103.17 |
| ACCOUNT NO. <br> **Diamond Gypsum, Inc.** <br> **1720 South Red Hills Drive** <br> **Richfield, UT  84701** | | | | | | | 4,528.86 |
| ACCOUNT NO. <br> **Direct TV** <br> **PO Box 78626** <br> **Phoenix, AZ  85062-8626** | | | | | | | 85.89 |
| ACCOUNT NO. <br> **Dutch Techsource B.V.** | | | | | | | 8,115.00 |
| ACCOUNT NO. <br> **Ecodynamics, Inc.** | | | | | | | 335.94 |
| ACCOUNT NO. <br> **Ed Buhr Trucking** <br> **5030 S. 105 Rd.** <br> **Alamosa, CO  81101** | | | | | | | 21,717.30 |

Sheet no. ____**5**____ of ____**19**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **100,866.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
_____Debtor(s)_____                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Empire Staple Company** | | | | | | | 579.57 |
| ACCOUNT NO. **Farm Plan** | | | | | | | 6,944.94 |
| ACCOUNT NO. **Fastenal Industrial Supplies** | | | | | | | 2,417.17 |
| ACCOUNT NO. **Federal Fruit & Produce** | | | | | | | 198.00 |
| ACCOUNT NO. **Foothills Label Associates** **11136 West Rowland Avenue** **Littleton, CO  80127-2849** | | | | | | | 34,768.32 |
| ACCOUNT NO. **G & K Services** | | | | | | | 322.94 |
| ACCOUNT NO. **George And Clara Johnson** **2950 CR 1111 South** **Alamosa, CO  81101** | | | **2011 lawsuit alleging negligence by an employee of Rakhra Mushroom Farm Corp ("RMF") in the operating of a motor vehicle owned by RMF in Feb. 2011; suit was filed! in Dec. 2011.** | X | X | X | 0.00 |

Sheet no. ____**6**____ of ____**19**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **45,230.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Rakhra Mushroom Farm Corporation _____   Case No. _____
           Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Keith Vance, Esq.** <br> **Vance Law Firm** <br> **319 Ross Avenue** <br> **Alamosa, CO  81101** | | | **Assignee or other notification for:** <br> **George And Clara Johnson** | | | | |
| ACCOUNT NO. <br><br> **Gilleland Farms** <br> **13256 C.R. P** <br> **La Jara, CO  81140** | | | | | | | 38,676.80 |
| ACCOUNT NO. <br><br> **Gobins, Inc.** | | | | | | | 265.37 |
| ACCOUNT NO. <br><br> **Goodwin's Refrigeration, LLC** | | | | | | | 4,502.68 |
| ACCOUNT NO. <br><br> **Hampton Inn Alamosa** <br> **Alamosa, CO  81101** | | | | | | | 1,305.07 |
| ACCOUNT NO. <br><br> **Haynie's Auto Parts** | | | | | | | 6,426.93 |
| ACCOUNT NO. <br><br> **Honeywell, Inc.** | | | | | | | 402.89 |

Sheet no. _____**7**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **51,579.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hoving Holland** | | | | | | | 3,291.03 |
| ACCOUNT NO.<br>**Husmann Plumbing & Heating** | | | | | | | 5,778.19 |
| ACCOUNT NO.<br>**Idalou Egg Ranch** | | | | | | | 437.38 |
| ACCOUNT NO.<br>**Industrial Farm & Supply Co.** | | | | | | | 2,511.24 |
| ACCOUNT NO.<br>**Industrial Wholesale Lumber**<br>**150 S. Napa Junction Rd.**<br>**American Canyon, CA  94503** | | | | | | | 21,210.84 |
| ACCOUNT NO.<br>**Ingersoll-Rand Company** | | | | | | | 7,967.46 |
| ACCOUNT NO.<br>**Inn At SilverCreek HOA** | | | | | | | 1,362.09 |

Sheet no. **8** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **42,558.23**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Rakhra Mushroom Farm Corporation _____   Case No. _____
<div align="center">Debtor(s)                                                          (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**J & J Distributors** | | | | | | | 19,344.40 |
| ACCOUNT NO.<br>**Kaman Industrial Technologies<br>600 W. Chicago Ave.<br>Chicago, IL  60654-2822** | | | | | | | 38,688.04 |
| ACCOUNT NO.<br>**Kaman Industrial Technologies<br>PO Box 74566<br>Chicago, IL  60690-8566** | | | **Assignee or other notification for:<br>Kaman Industrial Technologies** | | | | |
| ACCOUNT NO.<br>**Lee Hing** | | | | | | | 6,092.00 |
| ACCOUNT NO.<br>**Les' Glass, Inc.** | | | | | | | 1,342.60 |
| ACCOUNT NO.<br>**Lester, Sigmond, Rooney & Schwiesow** | | | | | | | 1,361.00 |
| ACCOUNT NO.<br>**Liaison Technologies, Inc.** | | | | | | | 1,554.00 |

Sheet no. _____**9**_ of _____**19**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **68,382.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____   Case No. _____
                                      Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Merriam Law Firm** | | | | | | | 1,663.00 |
| ACCOUNT NO.<br>**Michael Foods** | | | | | | | 3,964.00 |
| ACCOUNT NO.<br>**Mike Kruse** | | | | | | | 1,052.00 |
| ACCOUNT NO.<br>**Monte Electric** | | | | | | | 10,407.97 |
| ACCOUNT NO.<br>**Monte Vista Co-op**<br>**1901 Highway 160**<br>**Monte Vista, CO  81144** | | | Utility - Propane | | | | 16,307.91 |
| ACCOUNT NO.<br>**Morning Fresh Farms**<br>**15121 County Road 32**<br>**Platteville, CO  80651** | | | | | | | 33,832.73 |
| ACCOUNT NO.<br>**Motion Industries, Inc.**<br>**8145 Troon Circle # G**<br>**Austell, GA  30168-7850** | | | | | | | 44,129.88 |

Sheet no. ___**10**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **111,357.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation**                                                Case No. _____
_____
                    Debtor(s)                                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Motion Industries, Inc.** <br> **PO Box 404130** <br> **Atlanta, GA  30384-4130** | | | Assignee or other notification for: <br> Motion Industries, Inc. | | | | |
| ACCOUNT NO. **nown** <br> **Mushroom Council** <br> **2880 Zanker Road, Suite 203** <br> **San Jose, CA  95134** | | | 2010 and 2011 | | | | **73,417.42** |
| ACCOUNT NO. <br> **National King Coal LLC** <br> **130 Rampart Way, Suite 200** <br> **Dept. 1774** <br> **Denver, CO  80230** | | | Utility- Coal for Boilers | | | | **39,449.03** |
| ACCOUNT NO. <br> **New Horizons Packaging** | | | | | | | **4,836.71** |
| ACCOUNT NO. <br> **Nobel/Sysco** <br> **Albuquerque, NM** | | | | | | | **899.25** |
| ACCOUNT NO. <br> **Nobel/Sysco** <br> **Denver, CO** | | | | | | | **2,972.55** |
| ACCOUNT NO. <br> **O & V Printing** | | | | | | | **3,079.60** |

Sheet no. _____**11**_____ of _____**19**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $ **124,654.56** |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Orkin Pest Control**<br>**1511 W. Bayaud Ave.**<br>**Denver, CO  80223-1217** | | | | | | | 1,406.19 |
| ACCOUNT NO.<br>**Paul Tucker** | | | | | | | 10,445.00 |
| ACCOUNT NO.<br>**Pinnacol Assurance**<br>**7501 East Lowry Boulevard,**<br>**Denver, CO  80230-7000** | | | | | | | 46,373.86 |
| ACCOUNT NO.<br>**Pinnacol Assurance**<br>**Dept. 500**<br>**Denver, CO  80281-0500** | | | **Assignee or other notification for:**<br>**Pinnacol Assurance** | | | | |
| ACCOUNT NO.<br>**Pitney Bowes** | | | | | | | 275.91 |
| ACCOUNT NO.<br>**Pitney Bowes Purchase Power** | | | | | | | 628.91 |
| ACCOUNT NO.<br>**Platinum Transport** | | | | | | | 10,200.00 |

Sheet no. ___**12**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ 69,329.87 |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
                Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Poole Chemical Co.**<br>**PO Box 10**<br>**Texline, TX  79087** | | | | | | | 17,364.31 |
| ACCOUNT NO. <br><br>**Premier Horticulture, Inc.**<br>**140 S. Kinneloa Ave.**<br>**Pasadena, CA  91107-3824** | | | | | | | 94,287.25 |
| ACCOUNT NO. <br><br>**Premier Horticulture, Inc.**<br>**PO Box LA 21962**<br>**Pasadena, CA  91185-1962** | | | Assignee or other notification for:<br>Premier Horticulture, Inc. | | | | |
| ACCOUNT NO. **7122** <br><br>**Public Service Company of Colorado**<br>**Xcel Energy**<br>**PO Box 840**<br>**Denver, CO  80201-0840** | | | Utility - Electric. | | | | 249,242.63 |
| ACCOUNT NO. <br><br>**Public Service Company of Colorado**<br>**Xcel Energy**<br>**4701 Parkside Drive**<br>**Amarillo, TX  79109** | | | Assignee or other notification for:<br>Public Service Company of Colorado | | | | |
| ACCOUNT NO. <br><br>**Public Service Company of Colorado**<br>**Xcel Energy**<br>**P.O. Box 9477**<br>**Minneapolis, MN  55484-9477** | | | Assignee or other notification for:<br>Public Service Company of Colorado | | | | |
| ACCOUNT NO. **7440** <br><br>**Public Service Company of Colorado**<br>**Xcel Energy**<br>**PO Box 840**<br>**Denver, CO  80201-0840** | | | Utility - Gas. | | | | 26,767.74 |

Sheet no. ___**13**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **387,661.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation**                         Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Public Service Company of Colorado**<br>**Xcel Energy**<br>**4701 Parkside Drive**<br>**Amarillo, TX  79109** | | | **Assignee or other notification for:**<br>**Public Service Company of Colorado** | | | | |
| ACCOUNT NO.<br><br>**Public Service Company of Colorado**<br>**Xcel Energy**<br>**P.O. Box 9477**<br>**Minneapolis, MN  55484-9477** | | | **Assignee or other notification for:**<br>**Public Service Company of Colorado** | | | | |
| ACCOUNT NO.<br><br>**Rockin R. Investments, LLC**<br>**424 S 2nd Street**<br>**La Salle, CO  80645** | | | | | | | 23,029.32 |
| ACCOUNT NO.<br><br>**Rocky Mountain Adhesives, Inc.** | | | | | | | 8,575.00 |
| ACCOUNT NO.<br><br>**Rocky Mountain Septic/Excavating, Inc.** | | | | | | | 280.69 |
| ACCOUNT NO.<br><br>**Roger Ensz** | | | | | | | 15,285.95 |
| ACCOUNT NO.<br><br>**S & S Distributing, Inc.** | | | | | | | 289.50 |

Sheet no. ___**14**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                       $   47,460.46
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
_____ Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Safety-Kleen Systems, Inc.** | | | | | | | 1,239.52 |
| ACCOUNT NO. **Sensitech** | | | | | | | 1,975.72 |
| ACCOUNT NO. **Shay Mockelmann** | | | | | | | 1,648.75 |
| ACCOUNT NO. **SLV Regional Science Fair, Inc.** | | | | | | | 50.00 |
| ACCOUNT NO. **SLVRSWA** | | | | | | | 100.00 |
| ACCOUNT NO. **Southern Colorado Farms** **54500 County Road C** **Center, CO  81125** | | | | | | | 24,227.70 |
| ACCOUNT NO. **Southern Packaging Machinery Corp.** | | | | | | | 3,170.82 |

Sheet no. _____**15**_ of _____**19**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **32,412.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Rakhra Mushroom Farm Corporation _____   Case No. _____
                             Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Sylvan America, Inc.**<br>**199 Nolte Drive**<br>**Kittanning, PA  16201-7115** | | | | | | | **243,439.00** |
| ACCOUNT NO.<br><br>**Sylvan America, Inc.**<br>**PO Box 643643**<br>**Pittsburgh, PA  15264-3643** | | | **Assignee or other notification for:**<br>**Sylvan America, Inc.** | | | | |
| ACCOUNT NO.<br><br>**Team Packaging, Inc.**<br>**4744 Forest St., Unit E**<br>**Denver, CO  80216** | | | | | | | **117,700.62** |
| ACCOUNT NO.<br><br>**Temple-Inland**<br>**5000 Oak Street**<br>**Wheatridge, CO  80033** | | | | | | | **121,485.59** |
| ACCOUNT NO.<br><br>**The California Mushroom Farm** | | | | | | | **4,101.00** |
| ACCOUNT NO.<br><br>**The Trane Co.**<br>**PO Box 2002**<br>**LaCrosse, WI** | | | | | | | **3,172.79** |
| ACCOUNT NO.<br><br>**Euhler Hermes**<br>**7-11 South Broadway**<br>**White Plains, NY  10601** | | | **Assignee or other notification for:**<br>**The Trane Co.** | | | | |

Sheet no. ____**16**____ of ____**19**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **489,899.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Rakhra Mushroom Farm Corporation _____ Case No. _____
                                Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Torres Trucking** | | | | | | | 6,800.00 |
| ACCOUNT NO. **9158** <br> **Toyota Financial Services** <br> **PO Box 3457** <br> **Torrance, CA  90510-3457** | | | | | | | 20,240.85 |
| ACCOUNT NO. <br> **Tru-Flow Systems, Inc** | | | | | | | 4,101.06 |
| ACCOUNT NO. <br> **U.S. Tractor & Harvest, Inc.** | | | | | | | 4,422.99 |
| ACCOUNT NO. <br> **United Parcel Service** | | | | | | | 53.75 |
| ACCOUNT NO. <br> **Valley Courier** | | | | | | | 430.50 |
| ACCOUNT NO. <br> **Valley Electric** | | | | | | | 8,079.69 |

Sheet no. _____**17**_____ of _____**19**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal | $ 44,128.84
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

**IN RE** Rakhra Mushroom Farm Corporation _____   Case No. _____
_____Debtor(s)_____                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Valley Textile** | | | | | | | 2,885.10 |
| ACCOUNT NO. <br> **Valley Wide Health Systems, Inc.** | | | | | | | 106.00 |
| ACCOUNT NO. <br> **Van's Machine Shop** | | | | | | | 3,326.68 |
| ACCOUNT NO. <br> **Verizon Wireless** <br> **P.O. Box 9622** <br> **Mission Hills, CA  91346-9622** | | | | | | | 1,215.54 |
| ACCOUNT NO. <br> **W.W. Grainger, Inc.** | | | | | | | 7,364.18 |
| ACCOUNT NO. <br> **Warren Analytical Laboratories** | | | | | | | 176.00 |
| ACCOUNT NO. <br> **Western Mushroom Marketing** | | | | | | | 600.00 |

Sheet no. _____ **18** of _____ **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 15,673.50

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) -- Cont.

IN RE **Rakhra Mushroom Farm Corporation** _____     Case No. _____
                               Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**WSB Computer Services, Inc.** | | | | | | | 862.45 |
| ACCOUNT NO.<br>**XPEDX**<br>**1735 Jet Stream Drive**<br>**Colorado Springs, CO  80921** | | | | | | | 24,481.43 |
| ACCOUNT NO.<br>**ZEP Manufacturing Company** | | | | | | | 4,567.80 |
| ACCOUNT NO.<br>**Zephyr Peat Land Harvesting** | | | | | | | 1,433.36 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**19**____ of ____**19**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **31,345.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,973,870.64**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Rakhra Mushroom Farm Corporation                    Case No. _____
_____                    _____
                    Debtor(s)                                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**PO Box 340001**<br>**Nashville, TN  37203-0001** | **Equipment Finance Lease between Caterpillar Financial (Lessor) and the Debtor (Lessee) under contract # 001-0577814-000 for equipment described as 950GII-BAA00791** |
| **Ryder Transportation Services**<br>**Accts Payable/20th ACH**<br>**PO Box 2002**<br>**Alamosa, CO  81101-0200** | **Equipment Finance Lease between Ryder Transportation Services (Lessor) and the Debtor (Lessee) for (4) 53 ft. Reefer Trailers (Serial Numbers 371373, 37134, 371375,371376) and (3) Diesel Sleepers (Serial Numbers 378031, 378073, 378074). Customer No. is 00303-010148** |
| **Ryder Transportation Services**<br>**Po Box 96723**<br>**Chicago, IL  60693-6723** | |
| **Toyota Financial Services**<br>**PO Box 3457**<br>**Torrance, CA  90510-3457** | **Equipment Finance Lease dated 03/08/2011 between Welch Equipment Co. (Lessor) and the Debtor (Lessee)  for 5 Toyota Model 8FGU25, Year 2011 Fork Lifts, of Serial Numbers: 34161, 34177,34204, 34225, and 34288.** |
| **Commercial Finance Group**<br>**PO Box 3457**<br>**Torrance, CA  90510-3457** | |
| **Welch Equipment Company, Inc.**<br>**5025 Nome Street**<br>**Denver, CO  80239** | |
| **MHC Truck Leasing**<br>**PO Box 17329**<br>**Denver, CO  80217** | **Lease Agreement between MHC Truck Leasing (Lessor) and the Debtor (Lessee) for various trucks.** |
| **Business Solutions Leasing**<br>**PO Box 660831**<br>**Dallas, TX  75266-0831** | **Lease Agreement for Canon IR3045 Office Copier, Agreement Number: 101-0501005-000; Business Solutions (Lessor) and the Debtor (Lessee)** |
| **De Lage Landen Financial Services, Inc.**<br>**PO Box 824018**<br>**Philadelphia, PA  19182-4018** | **Lease to buy contract on fax machine, Contract# 24774808; De Lage Landen (Lessor), the Debtor (Lessee); $852.36 buyout remaining on contract.** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Rakhra Mushroom Farm Corporation _____   Case No. _____
<div style="text-align:center">Debtor(s)</div>                                                      <div style="text-align:right">(If known)</div>

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Rakhra Mushroom Farm Corporation** _____ Case No. _____
                                    Debtor(s)                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                                                    Debtor

Date: _____     Signature: _____
                                                                                          (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Rakhra Mushroom Farm Corporation** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**34** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 12, 2012** _____     Signature: _**/s/ Karmjit Singh Salh**_____

                                                 **Karmjit Singh Salh** _____
                                                                    (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                          Case No. _____

Rakhra Mushroom Farm Corporation_____     Chapter **11**_____
                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **January 12, 2012**_____     Signature: ***/s/ Karmjit Singh Salh***_____
                                          **Karmjit Singh Salh, President**                      Debtor


Date: _____     Signature: _____
                                                              Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ABC/Amega, Inc
1100 Main Street
Buffalo, NY  14209


Absmeier Landscaping & Construction, LLC
1424 21st Street, PO Box 1134
Alamosa, CO  81101


Ace Hardware Of Alamosa
Alamosa, CO  81101


Affiliated Caster & Wheel, Inc.
5301 E. 38th Ave.
Denver, CO  80207


Agricultural Chemicals Marketing
404 E. 25th Street
Upland, CA  91784


Air Filter Solutions, Inc.
2500 W. 8th Ave., Suite B
Denver, CO  80204


Airgas Intermountain, Inc.
6685 W. US Hwy 160
Alamosa, CO  81101


Alamosa Building Supply
1403 Tremont Ave.
Alamosa, CO  81101


Alamosa County Treasurer
402 Edison Ave., PO Box 659
Alamosa, CO  81101

Alamosa Lumber
531 Edison
Alamosa, CO   81101


Alamosa State Bank
PO Box 1098
2225 Main St.
Alamosa, CO   81101


Alamosa Truck Brokers
6800 South Hwy 17
Alamosa, CO   81101


ALTA Fuels
615 State Avenue
Alamosa, CO   81101


Amycel
PO Box 39000, Dept. 33272
San Francisco, CA   94139-3272


Anrac Farms
18504 County Road 50
Saguche, CO   81149


Ashok K. Rajpal
9521 Hill Creek Crive
Verona, WI   53593


Bervig's True Value
Alamosa, CO   81101

```
Business Solutions Leasing
PO Box 660831
Dallas, TX  75266-0831


Carrier Corporation
2120 West End Ave., PO Box 93844
Chicago, IL  60673-3844


Caterpillar Financial Services Corp.
2120 West End Avenue
PO Box 340001
Nashville, TN  37203-0001


Central Bag And Burlap Co.
5601 North Logan
Denver, CO  80216


Central State Alfalfa Corp
16710 Dallas Parkway, Suite 114
Dallas, TX  75248


CenturyLink
PO Box 29040
Phoenix, AZ  85038-9040


CH Robinson Worldwide, Inc.
PO Box 9121
Minneapolis, MN  55480-9121


Chaparral Tire
517 Bell
Alamosa, CO  81101
```

```
Chase Auto Finance
PO Box 78101
Phoenix, AZ  85062-8101


ChemTreat, Inc.
15045 Collections Center Drive
Chicago, IL  60693


CO Dept Of Labor And Employment/Treasury
PO Box 8789
Denver, CO  80201-8789


Coastal Traing Technologies Corp.
PO Box 846078
Dallas, TX  75284-6078


Colorado Attorney General
Attn: John W. Suthers
1525 Sherman St, 7th Floor
Denver, CO  80203-1714


Colorado Department Of Revenue
Tax Audit And Compliance Division
1375 Sherman St Rm 504
Denver, CO  80203-2246


Colorado Machinery
685 Enterprise Drive
Pueblo West, CO  81007


Colorado Scale Center
3914 Youngfield St.
Wheatridge, CO  80033
```

Colorado State Treasurer
Unemployment Insurance Tax
PO Box 956
Denver, CO  80201-0956


Comdata
Attn: Cash Deposits
PO Box 900
Brentwood, TN  37024


Commercial Finance Group
PO Box 3457
Torrance, CA  90510-3457


Community Banks Of Colorado
2061 Main Street
Alamosa, CO  81101


Coosemans Denver, Inc.
Scott A. St. Clair, Registered Agent
3100 Arapahoe, #503
Boulder, CO  80303


Crestone View Farms
4575 Highway 285
Center, CO  81125


David Faucette
PO Box 95
19069 C.R. 20
Sanford, CO  81151


De Lage Landen Financial Services, Inc.
PO Box 824018
Philadelphia, PA  19182-4018

```
Deline Box Co.
3700 Lima St.
Denver, CO   80239-3309



Dermatec Direct
4430 E. Adamo Drive, Suite 306
Tampa, FL   33605



Diamond Gypsum, Inc.
1720 South Red Hills Drive
Richfield, UT   84701



Direct TV
PO Box 78626
Phoenix, AZ   85062-8626



Ed Buhr Trucking
5030 S. 105 Rd.
Alamosa, CO   81101



Euhler Hermes
7-11 South Broadway
White Plains, NY   10601



Foothills Label Associates
11136 West Rowland Avenue
Littleton, CO   80127-2849



Ford Motor Credit
PO Box 790093
St. Louis, MO   63179-0093
```

George And Clara Johnson
2950 CR 1111 South
Alamosa, CO   81101


Gilleland Farms
13256 C.R. P
La Jara, CO   81140


Hampton Inn Alamosa
Alamosa, CO   81101


Industrial Wholesale Lumber
150 S. Napa Junction Rd.
American Canyon, CA   94503


Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA   19114-0326


Isaias Gallardo
C/O Law Office Of Susan R. Hahn, Esq.
2676 West Alamo Avenue
Littleton, CO   80120


Kaman Industrial Technologies
600 W. Chicago Ave.
Chicago, IL   60654-2822


Kaman Industrial Technologies
PO Box 74566
Chicago, IL   60690-8566

Keith Vance, Esq.
Vance Law Firm
319 Ross Avenue
Alamosa, CO  81101


Kiranjit S. Sikand
12 Sunrise Drive
Englewood, CO  80110


KPS Family Trust
27009 Friend Pl.
Aurora, CO  80016


MHC Truck Leasing
PO Box 17329
Denver, CO  80217


MHC Truck Leasing
4435 North Elizabeth St.
Pueblo, CO  81008


Mini Nanda
9951 Stoneglen Trail
Littleton, CO  80124


Monte Vista Co-op
1901 Highway 160
Monte Vista, CO  81144


Morning Fresh Farms
15121 County Road 32
Platteville, CO  80651

Motion Industries, Inc.
8145 Troon Circle # G
Austell, GA   30168-7850


Motion Industries, Inc.
PO Box 404130
Atlanta, GA   30384-4130


Mushroom Council
2880 Zanker Road, Suite 203
San Jose, CA   95134


Naresh K. Vashist
5920 Marina Bay Ct.
Arlington, TX   76013


National King Coal LLC
130 Rampart Way, Suite 200
Dept. 1774
Denver, CO   80230


Orkin Pest Control
1511 W. Bayaud Ave.
Denver, CO   80223-1217


Paramjit S. Jaspal
11400 N. Justine Drive
Mequon, WI   53092


Pinnacol Assurance
7501 East Lowry Boulevard,
Denver, CO   80230-7000

```
Pinnacol Assurance
Dept. 500
Denver, CO  80281-0500


Poole Chemical Co.
PO Box 10
Texline, TX  79087


Premier Horticulture, Inc.
140 S. Kinneloa Ave.
Pasadena, CA  91107-3824


Premier Horticulture, Inc.
PO Box LA 21962
Pasadena, CA  91185-1962


Public Service Company of Colorado
Xcel Energy
PO Box 840
Denver, CO  80201-0840


Public Service Company of Colorado
Xcel Energy
4701 Parkside Drive
Amarillo, TX  79109


Public Service Company of Colorado
Xcel Energy
P.O. Box 9477
Minneapolis, MN  55484-9477


R. Jason Read, Esq.
Rynn & Janowsky, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA  92660
```

```
Rockin R. Investments, LLC
424 S 2nd Street
La Salle, CO  80645



Ryder Transportation Services
Accts Payable/20th ACH
PO Box 2002
Alamosa, CO  81101-0200



Ryder Transportation Services
Po Box 96723
Chicago, IL  60693-6723



Ryder Transportation Services
6000 Windward Parkway
Alpharetta, GA  30005



Sarabjit S. Jaspal
3002 Sunrise Ct.
Middleton, WI  53562



Securities & Exchange Commission
Denver Regional Office
1801 California St Ste 1500
Denver, CO  80202-2656



Southern Colorado Farms
54500 County Road C
Center, CO  81125



Sudesh K. Gambhir
4415 Northside Parkway NW #157
Atlanta, GA  30327
```

```
Sylvan America, Inc.
199 Nolte Drive
Kittanning, PA  16201-7115


Sylvan America, Inc.
PO Box 643643
Pittsburgh, PA  15264-3643


Team Packaging, Inc.
4744 Forest St., Unit E
Denver, CO  80216


Temple-Inland
5000 Oak Street
Wheatridge, CO  80033


Toyota Financial Services
PO Box 3457
Torrance, CA  90510-3457


Verizon Wireless
P.O. Box 9622
Mission Hills, CA  91346-9622


Welch Equipment Company, Inc.
5025 Nome Street
Denver, CO  80239


XPEDX
1735 Jet Stream Drive
Colorado Springs, CO  80921
```

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Colorado

IN RE:

Case No. _____

Rakhra Mushroom Farm Corporation
_____

Chapter **11**

Debtor(s)

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Public Service Company of Colorado<br>Xcel Energy<br>PO Box 840<br>Denver, CO  80201-0840 | | | | 249,242.63 |
| Sylvan America, Inc.<br>199 Nolte Drive<br>Kittanning, PA  16201-7115 | Sylvan America, Inc.<br>PO Box 643643<br>Pittsburgh, PA  15264-3643 | | | 243,439.00 |
| Temple-Inland<br>5000 Oak Street<br>Wheatridge, CO  80033 | | | | 121,485.59 |
| Team Packaging, Inc.<br>4744 Forest St., Unit E<br>Denver, CO  80216 | | | | 117,700.62 |
| Premier Horticulture, Inc.<br>140 S. Kinneloa Ave.<br>Pasadena, CA  91107-3824 | Premier Horticulture, Inc.<br>PO Box LA 21962<br>Pasadena, CA  91185-1962 | | | 94,287.25 |
| Mushroom Council<br>2880 Zanker Road, Suite 203<br>San Jose, CA  95134 | | | | 73,417.42 |
| Crestone View Farms<br>4575 Highway 285<br>Center, CO  81125 | | | | 64,887.20 |
| Deline Box Co.<br>3700 Lima St.<br>Denver, CO  80239-3309 | | | | 61,980.56 |
| MHC Truck Leasing<br>4435 North Elizabeth St.<br>Pueblo, CO  81008 | | | | 50,155.25<br>Collateral:<br>0.00<br>Unsecured:<br>50,155.25 |
| Pinnacol Assurance<br>7501 East Lowry Boulevard,<br>Denver, CO  80230-7000 | Pinnacol Assurance<br>Dept. 500<br>Denver, CO  80281-0500 | | | 46,373.86 |
| Motion Industries, Inc.<br>8145 Troon Circle # G<br>Austell, GA  30168-7850 | Motion Industries, Inc.<br>PO Box 404130<br>Atlanta, GA  30384-4130 | | | 44,129.88 |
| National King Coal LLC<br>130 Rampart Way, Suite 200<br>Dept. 1774<br>Denver, CO  80230 | | | | 39,449.03 |
| Kaman Industrial Technologies<br>600 W. Chicago Ave.<br>Chicago, IL  60654-2822 | Kaman Industrial Technologies<br>PO Box 74566<br>Chicago, IL  60690-8566 | | | 38,688.04 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | | |
|---|---|---|---|---|
| **Gilleland Farms**<br>**13256 C.R. P**<br>**La Jara, CO  81140** | | | | **38,676.80** |
| **Coosemans Denver, Inc.**<br>**Scott A. St. Clair, Registered Agent**<br>**3100 Arapahoe, #503**<br>**Boulder, CO  80303** | **R. Jason Read, Esq.**<br>**(949) 752-2911** | **Priority lien**<br>**under PACA** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **36,117.30**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**36,117.30** |
| **David Faucette**<br>**PO Box 95**<br>**19069 C.R. 20**<br>**Sanford, CO  81151** | | | | **35,895.67** |
| **Foothills Label Associates**<br>**11136 West Rowland Avenue**<br>**Littleton, CO  80127-2849** | | | | **34,768.32** |
| **Morning Fresh Farms**<br>**15121 County Road 32**<br>**Platteville, CO  80651** | | | | **33,832.73** |
| **ALTA Fuels**<br>**615 State Avenue**<br>**Alamosa, CO  81101** | | | | **30,446.45** |
| **Absmeier Landscaping & Construction, LLC**<br>1424 21st Street, PO Box 1134<br>Alamosa, CO  81101 | | | | **28,696.25** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **January 12, 2012**          Signature: ***/s/ Karmjit Singh Salh***

**Karmjit Singh Salh, President**

<div align="right">(Print Name and Title)</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                                  Case No. _____

<u>Rakhra Mushroom Farm Corporation</u> _____   Chapter **11** _____
<div align="center">Debtor(s)</div>

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Ashok K. Rajpal**<br>**9521 Hill Creek Crive**<br>**Verona, WI  53593** | **3** | **Common Stockholder** |
| **Kiranjit S. Sikand**<br>**12 Sunrise Drive**<br>**Englewood, CO  80110** | **24** | **Common Stockholder** |
| **KPS Family Trust**<br>**27009 Friend Pl.**<br>**Aurora, CO  80016** | **15** | |
| **Mini Nanda**<br>**9951 Stoneglen Trail**<br>**Littleton, CO  80124** | **30** | **Common Stockholder** |
| **Naresh K. Vashist**<br>**5920 Marina Bay Ct.**<br>**Arlington, TX  76013** | **14** | **Common Stockholder** |
| **Paramjit S. Jaspal**<br>**11400 N. Justine Drive**<br>**Mequon, WI  53092** | **1** | **Common Stockholder** |
| **Sarabjit S. Jaspal**<br>**3002 Sunrise Ct.**<br>**Middleton, WI  53562** | **10** | **Common Stockholder** |
| **Sudesh K. Gambhir**<br>**4415 Northside Parkway NW #157**<br>**Atlanta, GA  30327** | **2** | **Common Stockholder** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only