## CORPORATE RESOLUTION

I, declare under penalty of perjury, that I am the duly elected President of Rakhra Mushroom Farm Corporation, a Wisconsin corporation with its principal place of business in Colorado ("RMF"), and that the following resolutions were duly adopted by the Board of Directors of this corporation:

WHEREAS, it is in the best interest of RMF to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Karmjit Singh Salh, President and CEO, and the officers of the corporation are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of RMF;

BE IT FURTHER RESOLVED, that Karmjit Singh Salh, President and CEO, and the officers of the corporation are authorized and directed to appear in all bankruptcy proceedings on behalf of RMF and to otherwise do and perform all acts and deeds to execute and deliver all necessary documents on behalf of RMF in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Karmjit Singh Salh, President and CEO, and the officers of RMF are authorized and directed on behalf of RMF to employ the law firm of Sender & Wasserman, P.C. to represent RMF in such bankruptcy case.

Executed January 11, 2011. Signed _____
By: Karmjit Singh Salh
President of Rakhra Mushroom Farm Corp.