UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )
RAKHRA MUSHROOM FARM CORP.                )    Case No. _____
EIN: 39-1502671                           )
                                          )    Chapter 11
                                          )
                                          )
              Debtor.                     )

---

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED.R.BANKR.P.
1007(A)(1) AND L.B.R. 1007-4(A)(1)**

---

In a case in which the debtor is a corporation (other than a governmental unit), the following information is required pursuant to FED. R. BANKR. P. 1007(a)(1) and L.B.R. 1007-4:

Check applicable box:

[X]   There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[ ]   The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

Dated: January 12, 2012.

By: /s/ Karmjit Singh Salh
Karmjit Singh Salh, President
Rahkra Mushroom Farm Corporation

Dated: January 12, 2012.

SENDER & WASSERMAN, P.C.

/s/ Matthew T. Faga
_____
Harvey Sender, # 7546
Matthew T. Faga, #41132
Regina M. Ries, # 32875
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999; (303) 296-7600 (fax)
faga@sendwass.com
Attorneys for the Debtor in Possession