## United States Bankruptcy Court
### District of Colorado

**IN RE:**  Case No. _____

**Rakhra Mushroom Farm Corporation**  Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Public Service Company of Colorado**<br>Xcel Energy<br>PO Box 840<br>Denver, CO 80201-0840 | | | | 249,242.63 |
| **Sylvan America, Inc.**<br>199 Nolte Drive<br>Kittanning, PA 16201-7115 | Sylvan America, Inc.<br>PO Box 643643<br>Pittsburgh, PA 15264-3643 | | | 243,439.00 |
| **Temple-Inland**<br>5000 Oak Street<br>Wheatridge, CO 80033 | | | | 121,485.59 |
| **Team Packaging, Inc.**<br>4744 Forest St., Unit E<br>Denver, CO 80216 | | | | 117,700.62 |
| **Premier Horticulture, Inc.**<br>140 S. Kinneloa Ave.<br>Pasadena, CA 91107-3824 | Premier Horticulture, Inc.<br>PO Box LA 21962<br>Pasadena, CA 91185-1962 | | | 94,287.25 |
| **Mushroom Council**<br>2880 Zanker Road, Suite 203<br>San Jose, CA 95134 | | | | 73,417.42 |
| **Crestone View Farms**<br>4575 Highway 285<br>Center, CO 81125 | | | | 64,887.20 |
| **Deline Box Co.**<br>3700 Lima St.<br>Denver, CO 80239-3309 | | | | 61,980.56 |
| **MHC Truck Leasing**<br>4435 North Elizabeth St.<br>Pueblo, CO 81008 | | | | 50,155.25<br>Collateral:<br>0.00<br>Unsecured:<br>50,155.25 |
| **Pinnacol Assurance**<br>7501 East Lowry Boulevard,<br>Denver, CO 80230-7000 | Pinnacol Assurance<br>Dept. 500<br>Denver, CO 80281-0500 | | | 46,373.86 |
| **Motion Industries, Inc.**<br>8145 Troon Circle # G<br>Austell, GA 30168-7850 | Motion Industries, Inc.<br>PO Box 404130<br>Atlanta, GA 30384-4130 | | | 44,129.88 |
| **National King Coal LLC**<br>130 Rampart Way, Suite 200<br>Dept. 1774<br>Denver, CO 80230 | | | | 39,449.03 |
| **Kaman Industrial Technologies**<br>600 W. Chicago Ave.<br>Chicago, IL 60654-2822 | Kaman Industrial Technologies<br>PO Box 74566<br>Chicago, IL 60690-8566 | | | 38,688.04 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | | |
|---|---|---|---|---|
| **Gilleland Farms**<br>13256 C.R. P<br>La Jara, CO  81140 | | | | 38,676.80 |
| **Coosemans Denver, Inc.**<br>Scott A. St. Clair, Registered Agent<br>3100 Arapahoe, #503<br>Boulder, CO  80303 | R. Jason Read, Esq.<br>(949) 752-2911 | Priority lien<br>under PACA | Contingent<br>Unliquidated<br>Disputed | 36,117.30<br>Collateral:<br>0.00<br>Unsecured:<br>36,117.30 |
| **David Faucette**<br>PO Box 95<br>19069 C.R. 20<br>Sanford, CO  81151 | | | | 35,895.67 |
| **Foothills Label Associates**<br>11136 West Rowland Avenue<br>Littleton, CO  80127-2849 | | | | 34,768.32 |
| **Morning Fresh Farms**<br>15121 County Road 32<br>Platteville, CO  80651 | | | | 33,832.73 |
| **ALTA Fuels**<br>615 State Avenue<br>Alamosa, CO  81101 | | | | 30,446.45 |
| **Absmeier Landscaping & Construction, LLC**<br>1424 21st Street, PO Box 1134<br>Alamosa, CO  81101 | | | | 28,696.25 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **January 12, 2012**      Signature:  */s/ Karmjit Singh Salh*

**Karmjit Singh Salh, President**

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only