## United States Bankruptcy Court
## District of Colorado

IN RE:                                                               Case No. **12-10560**

**Rakhra Mushroom Farm Corporation**                              Chapter **11**
                    Debtor(s)

## AMENDED STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 14,529,904.71 | 2011 Estimated Gross Income. |
| 17,037,596.00 | 2010 Gross Income (from tax return) |
| 20,113,117.00 | 2009 Gross Income (from tax return). |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Creditors** **See Attached List** | Dates and amounts of payments set forth on attached list. | 2,005,713.29 | 0.00 |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Coosmans Denver, Inc. v. Rakhra Mushroom Farm, Inc., Karmjit Sahl, Baljit Nanda, Sarabjit Jaspal, Naresh Vashist, Sudhesh Gambir and Kiranjit Sikand, U.S. District Court (D. CO) case no. 12-cv-00035 | suit to enforce plaintiff's trust rights under the Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. 499e et seq.] | U.S. District Court, District of Colorado | Show Cause hearing on Motion for Temporary restraining Order scheduled for 1/13/12 |
| George and Clara Johnson vs. Ronald Taylor and Rakhra Mushroom Farm Corp, Case # 11cv118, Alamosa County District Court, Alamosa, CO 81101 | Civil suit alleging negligence by an employee of Rakhra Mushroom Farm Corp in an auto accident involving a corporate vehicle driven by a corporate employee. | Alamosa County District Court, Alamosa, CO 81101 | Complaint was filed 12/8/2011. |
| Isaias Gallardo vs. Rakhra Mushroom Farm Corp and Don Clair, 11-cv-02078, U.S. District Court, D. CO. | civil suit | U.S. District Court, D. CO | Dismissed with prejudice by plaintiff on 12/20/2011. |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Sender & Wasserman, P.C.<br>1660 Lincoln Street, Suite 2200<br>Denver, CO 80264 | 1/11/12 | 35,000.00 |

Retainer paid by third party Rocky Mountain Soil, Inc. for the Debtor's filing.

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.


© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Paul Gandhi P.C. CPA**<br>**Attn: Paul Gandhi**<br>**15224 E. Progress Place**<br>**Aurora, CO 80015** | **2010** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
Michael Smith
Rakhra Mushroom Farm Corp
10719 County Road 5 South
Alamosa, CO 81101

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Mini Nanda<br>9951 Stoneglen Trail<br>Littleton, CO 80124 | | 30.5% |
| Kiranjit S. Sikand<br>12 Sunrise Drive<br>Englewood, CO 80110 | N/A | 24.5% |
| KPS Family Trust<br>27009 Friend Pl.<br>Aurora, CO 80016 | | 15.0% |
| Naresh K. Vashist<br>5920 Marina Bay Ct.<br>Arlington, TX 76013 | Director | 14.0% |
| Sarabjit S. Jaspal<br>3002 Sunrise Ct.<br>Middleton, WI 53562 | Director | 10.0% |
| Ashok K. Rajpal<br>9521 Hill Creek Crive<br>Verona, WI 53593 | | 3.0% |
| Sudesh K. Gambhir<br>4415 Northside Parkway NW #157<br>Atlanta, GA 30327 | Director | 2.0% |
| Paramjit S. Jaspal<br>11400 N. Justine Drive<br>Mequon, WI 53092 | | 1.0% |
| Baljit Nanda<br>Rakhra Mushroom Farm Corp<br>10719 South County Road 5 South<br>Alamosa, CO 81101 | Director | 0% |
| Karmjit Sahl<br>Rakhra Mushroom Farm Corp.<br>10719 County Road 5 South | President | 0% |

| | | |
|---|---|---|
| Alamosa, CO 81101 | | |
| Michael Smith<br>Rakhra Mushroom Farm Corp<br>10719 County Road 5 South<br>Alamosa, CO 81101 | Manager | 0% |

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Kiranjit S. Sikand<br>12 Sunrise Drive<br>Englewood, CO 80110 | Director | 1/11/12 |

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

**Karmjit Singh Salh, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____6_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| CREDITOR NAME | CHECK | DATE | AMOUNT | |
|---|---|---|---|---|
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22702 | 10/20/2011 0:00 | 15,000.00 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22739 | 11/3/2011 0:00 | 10,425.00 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22813 | 12/1/2011 0:00 | 12,300.00 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22843 | 12/8/2011 0:00 | 12,367.50 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22866 | 12/21/2011 0:00 | 12,367.50 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22877 | 12/29/2011 0:00 | 12,982.50 | |
| ABSMEIER LANDSCAPING & CONSTR, LLC | 22892 | 1/5/2012 0:00 | 11,700.00 | 87,142.50 |
| ADB BANK | WIRE | 10/21/2011 0:00 | 13,379.04 | |
| ADB BANK | WIRE | 11/16/2011 0:00 | 12,693.48 | |
| ADB BANK | WIRE | 12/22/2011 0:00 | 13,327.55 | 39,400.07 |
| ALAMOSA COUNTY CLERK/RECORDER | 22828 | 12/5/2011 0:00 | 15.00 | 15.00 |
| ALAMOSA STATE BANK | WIRE | 11/29/2011 0:00 | 3,438.92 | |
| ALAMOSA STATE BANK | 22707 | 10/24/2011 0:00 | 1,774.05 | |
| ALAMOSA STATE BANK | 22796 | 11/17/2011 0:00 | 8,705.90 | |
| ALAMOSA STATE BANK | 22881 | 12/30/2011 0:00 | 3,377.54 | 17,296.41 |
| ALAMOSA TRUCK BROKERS | 22748 | 11/4/2011 0:00 | 1,700.00 | |
| ALTA FUELS | 22770 | 11/10/2011 0:00 | 16,717.84 | |
| ALTA FUELS | 22798 | 11/22/2011 0:00 | 10,643.81 | |
| ALTA FUELS | 22870 | 12/26/2011 0:00 | 7,717.66 | |
| ALTA FUELS | 22900 | 1/12/2012 0:00 | 3,000.00 | 39,779.31 |
| AMYCEL | WIRE | 11/11/2011 0:00 | 20,542.80 | |
| AMYCEL | WIRE | 11/11/2011 0:00 | 9,437.00 | |
| AMYCEL | WIRE | 11/11/2011 0:00 | 11,255.20 | 41,235.00 |
| ANRAC FARMS | 22763 | 11/8/2011 0:00 | 11,176.85 | |
| ANRAC FARMS | 22764 | 11/10/2011 0:00 | 10,346.55 | 21,523.40 |
| ASPEN OFFICE PRODUCTS, INC. | 22769 | 11/10/2011 0:00 | 293.00 | 293.00 |
| AT CONFERENCE | 22753 | 11/8/2011 0:00 | 27.17 | 27.17 |
| BALJIT NANDA | WIRE | 11/25/2011 0:00 | 9,030.96 | |
| BALJIT NANDA | WIRE | 12/13/2011 0:00 | 9,030.96 | 18,061.92 |
| BERGER HORTICULTURAL PRODUCTS LTD | 22774 | 11/11/2011 0:00 | 6,639.19 | 6,639.19 |
| BERNAL FARMS | 22880 | 12/29/2011 0:00 | 5,011.60 | |
| BERNAL FARMS | 22886 | 1/4/2012 0:00 | 7,335.20 | 12,346.80 |
| BERVIG'S TRUE VALUE | 22766 | 11/9/2011 0:00 | 139.03 | 139.03 |
| BUSINESS SOLUTIONS LEASING | 22805 | 11/23/2011 0:00 | 942.38 | 942.38 |
| BW INNOVATIVE PACKAGING | | 12/27/2011 0:00 | 1,700.36 | |
| BW INNOVATIVE PACKAGING | 22740 | 11/2/2011 0:00 | 430.71 | 2,131.07 |
| CARLSON SYSTEMS LLC. | 22715 | 10/25/2011 0:00 | 1,478.91 | 1,478.91 |
| CATERPILLAR FINANCIAL SERVICES CORP. | | 10/14/2011 0:00 | 12,585.79 | |
| CATERPILLAR FINANCIAL SERVICES CORP. | | 12/2/2011 0:00 | 12,590.81 | |
| CATERPILLAR FINANCIAL SERVICES CORP. | | 1/9/2012 0:00 | 12,590.79 | 37,767.39 |
| CENTURY LINK | | 10/31/2011 0:00 | 187.35 | |
| CENTURY LINK | | 10/31/2011 0:00 | 655.64 | |
| CENTURY LINK | | 12/5/2011 0:00 | 657.67 | |
| CENTURY LINK | | 1/11/2012 0:00 | 1,427.14 | 2,927.80 |
| CH ROBINSON WORLDWIDE, INC | 22779 | 11/12/2011 0:00 | 8,775.00 | 8,775.00 |
| CHAPARRAL TIRE | 22757 | 11/8/2011 0:00 | 15.16 | 15.16 |
| CHASE AUTO FINANCE | | 11/7/2011 0:00 | 463.02 | |
| CHASE AUTO FINANCE | | 12/6/2011 0:00 | 463.02 | 926.04 |
| CHRISTOPHER STREET | 22782 | 11/15/2011 0:00 | 263.72 | 263.72 |
| CLEARINGHOUSE, ATLAS NO | 22694 | 10/15/2011 0:00 | 167.45 | |
| CLEARINGHOUSE, ATLAS NO | 22743 | 11/4/2011 0:00 | 167.45 | |

## RAKHRA MUSHROOM FARM, CORP
## ACCOUNTS PAYABLE PAYMENTS
### OCTOBER 14, 2011 TO JANUARY 12, 2012

| Vendor | Check # | Date | Amount | Total |
|---|---|---|---|---|
| CLEARINGHOUSE, ATLAS NO | 22787 | 11/15/2011 0:00 | 167.45 | |
| CLEARINGHOUSE, ATLAS NO | 22834 | 12/1/2011 0:00 | 167.45 | |
| CLEARINGHOUSE, ATLAS NO | 22860 | 12/19/2011 0:00 | 165.78 | |
| CLEARINGHOUSE, ATLAS NO | 22888 | 1/1/2012 0:00 | 167.45 | 1,003.03 |
| CLERK OF COMBINED COURT | 22697 | 10/15/2011 0:00 | 45.00 | |
| CLERK OF COMBINED COURT | 22746 | 11/4/2011 0:00 | 45.00 | 90.00 |
| CO DEPT OF PUBLIC HEALTH/ENVIRONMENT | 22734 | 11/1/2011 0:00 | 1,500.00 | |
| CO DEPT OF PUBLIC HEALTH/ENVIRONMENT | 22752 | 11/8/2011 0:00 | 91.90 | |
| CO DEPT OF PUBLIC HEALTH/ENVIRONMENT | 22827 | 12/5/2011 0:00 | 255.00 | 1,846.90 |
| COLORADO DEPARTMENT OF PUBLIC | 22735 | 11/1/2011 0:00 | 75.00 | 75.00 |
| COLORADO DEPARTMENT OF REVENUE | 22696 | 10/15/2011 0:00 | 125.00 | |
| COLORADO DEPARTMENT OF REVENUE | 22789 | 11/15/2011 0:00 | 125.00 | |
| COLORADO DEPARTMENT OF REVENUE | 22832 | 12/1/2011 0:00 | 150.00 | |
| COLORADO DEPARTMENT OF REVENUE | 22861 | 12/15/2011 0:00 | 125.00 | 525.00 |
| COLORADO DEPT OF REVENUE | 22889 | 1/1/2012 0:00 | 125.00 | 125.00 |
| COLORADO RUBBER & SUPPLY | 22703 | 10/21/2011 0:00 | 1,397.99 | 1,397.99 |
| COLORADO STATE TREASURER | 22732 | 10/28/2011 0:00 | 12,007.72 | |
| COLORADO STATE TREASURER | 22867 | 12/23/2011 0:00 | 270.00 | 12,277.72 |
| COMDATA | | 10/21/2011 0:00 | 3,000.00 | |
| COMDATA | | 10/24/2011 0:00 | 3,000.00 | |
| COMDATA | | 10/18/2011 0:00 | 3,000.00 | |
| COMDATA | | 10/20/2011 0:00 | 4,600.00 | |
| COMDATA | | 10/28/2011 0:00 | 3,500.00 | |
| COMDATA | | 10/31/2011 0:00 | 3,500.00 | |
| COMDATA | | 10/26/2011 0:00 | 1,500.00 | |
| COMDATA | | 11/7/2011 0:00 | 3,500.00 | |
| COMDATA | | 11/3/2011 0:00 | 3,000.00 | |
| COMDATA | | 11/10/2011 0:00 | 2,100.00 | |
| COMDATA | | 11/14/2011 0:00 | 5,000.00 | |
| COMDATA | | 11/23/2011 0:00 | 5,000.00 | |
| COMDATA | | 11/18/2011 0:00 | 5,000.00 | |
| COMDATA | | 11/29/2011 0:00 | 2,500.00 | |
| COMDATA | | 12/1/2011 0:00 | 2,500.00 | |
| COMDATA | | 12/6/2011 0:00 | 3,500.00 | |
| COMDATA | | 12/12/2011 0:00 | 5,000.00 | |
| COMDATA | | 11/25/2011 0:00 | 5,000.00 | |
| COMDATA | | 12/9/2011 0:00 | 5,000.00 | |
| COMDATA | | 12/15/2011 0:00 | 2,400.00 | |
| COMDATA | | 12/16/2011 0:00 | 5,000.00 | |
| COMDATA | | 12/23/2011 0:00 | 3,200.00 | |
| COMDATA | | 12/30/2011 0:00 | 3,000.00 | |
| COMDATA | | 1/6/2012 0:00 | 3,000.00 | |
| COMDATA | | 1/6/2012 0:00 | 3,000.00 | |
| COMDATA | | 1/11/2012 0:00 | 5,000.00 | 93,800.00 |
| COMMUNITY BANKS OF COLORADO | | 12/1/2011 0:00 | 18,500.00 | 18,500.00 |
| CON WAY | 22761 | 11/8/2011 0:00 | 462.05 | 462.05 |
| COOSEMANS DENVER INC. | | 11/7/2011 0:00 | 23,195.35 | |
| COOSEMANS DENVER INC. | 22729 | 10/27/2011 0:00 | 19,698.65 | |
| COOSEMANS DENVER INC. | 22730 | 10/27/2011 0:00 | 23,195.35 | |
| COOSEMANS DENVER INC. | 22794 | 11/17/2011 0:00 | 17,454.95 | |
| COOSEMANS DENVER INC. | 22809 | 11/23/2011 0:00 | 14,176.30 | |
| COOSEMANS DENVER INC. | 22811 | 11/28/2011 0:00 | 17,382.20 | |

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| Vendor | Check # | Date | Amount | Total |
|---|---|---|---|---|
| COOSEMANS DENVER INC. | 22865 | 12/22/2011 0:00 | 15,235.35 | |
| COOSEMANS DENVER INC. | 22871 | 12/26/2011 0:00 | 8,818.60 | 139,156.75 |
| COUNTY SHERIFFS OF COLORADO | 22722 | 10/26/2011 0:00 | 75.00 | 75.00 |
| CRESTONE VIEW FARMS | 22684 | 10/14/2011 0:00 | 11,247.32 | |
| CRESTONE VIEW FARMS | 22689 | 10/19/2011 0:00 | 11,374.44 | |
| CRESTONE VIEW FARMS | 22799 | 11/22/2011 0:00 | 9,868.53 | 32,490.29 |
| DAVE CHRISTMAN | 22728 | 10/27/2011 0:00 | 1,522.50 | 1,522.50 |
| DAVID A. BAUER, PC | 22775 | 11/11/2011 0:00 | 36,951.14 | 36,951.14 |
| DAVID FAUCETTE | | 11/25/2011 0:00 | 15,000.00 | |
| DAVID FAUCETTE | | 1/6/2012 0:00 | 10,072.40 | |
| DAVID FAUCETTE | | 1/9/2012 0:00 | 25,000.00 | |
| DAVID FAUCETTE | 10813 | 11/28/2011 0:00 | 31,927.60 | |
| DAVID FAUCETTE | 22716 | 10/25/2011 0:00 | 12,842.52 | |
| DAVID FAUCETTE | 22718 | 11/5/2011 0:00 | 14,869.61 | 109,712.13 |
| DELINE BOX CO. | | 12/16/2011 0:00 | 10,000.00 | |
| DELINE BOX CO. | | 12/30/2011 0:00 | 10,000.00 | 20,000.00 |
| DIAMOND K GYPSUM, INC. | | 10/21/2011 0:00 | 2,621.92 | |
| DIAMOND K GYPSUM, INC. | | 11/7/2011 0:00 | 1,915.62 | |
| DIAMOND K GYPSUM, INC. | | 11/14/2011 0:00 | 2,750.00 | |
| DIAMOND K GYPSUM, INC. | | 12/28/2011 0:00 | 2,500.00 | 9,787.54 |
| DIRECTV | 22797 | 11/17/2011 0:00 | 189.72 | 189.72 |
| DOMINOS PIZZA | 22899 | 1/12/2012 0:00 | 685.88 | |
| DOMINO'S PIZZA | 22778 | 11/14/2011 0:00 | 1,496.61 | 2,182.49 |
| DON CLAIR | 22699 | 10/19/2011 0:00 | 429.50 | |
| DON CLAIR | 22762 | 11/8/2011 0:00 | 838.50 | |
| DON CLAIR | 22821 | 12/1/2011 0:00 | 593.50 | |
| DON CLAIR | 22874 | 12/29/2011 0:00 | 856.00 | 2,717.50 |
| DOUGHERTY INC | 22891 | 1/5/2012 0:00 | 2,039.31 | |
| DOUGHERTY INC | 22901 | | 1,938.00 | 3,977.31 |
| FAMILY SUPPORT REGISTRY | 22693 | 10/15/2011 0:00 | 968.81 | |
| FAMILY SUPPORT REGISTRY | 22742 | 11/4/2011 0:00 | 740.81 | |
| FAMILY SUPPORT REGISTRY | 22786 | 11/15/2011 0:00 | 558.31 | |
| FAMILY SUPPORT REGISTRY | 22833 | 12/1/2011 0:00 | 456.81 | |
| FAMILY SUPPORT REGISTRY | 22862 | 12/15/2011 0:00 | 469.81 | |
| FAMILY SUPPORT REGISTRY | 22872 | 12/15/2011 0:00 | 27.00 | |
| FAMILY SUPPORT REGISTRY | 22887 | 1/1/2012 0:00 | 456.66 | 3,678.21 |
| FAMOUS SOFTWARE LLC | | 12/28/2011 0:00 | 2,973.88 | 2,973.88 |
| FARM PLAN | 22812 | 12/1/2011 0:00 | 2,295.92 | 2,295.92 |
| FAUCETTE TRUCKING | 22731 | 10/28/2011 0:00 | 5,739.20 | |
| FAUCETTE TRUCKING | 22830 | 12/6/2011 0:00 | 2,878.00 | 8,617.20 |
| FOOTHILLS LABEL ASSOCIATES | | 10/31/2011 0:00 | 10,715.15 | |
| FOOTHILLS LABEL ASSOCIATES | | 12/12/2011 0:00 | 18,431.07 | |
| FOOTHILLS LABEL ASSOCIATES | | 11/30/2011 0:00 | 10,000.00 | 39,146.22 |
| FORD MOTOR CREDIT COMPANY | | 11/7/2011 0:00 | 2,266.27 | 2,266.27 |
| FRANK CHESTER YOUNG | 22691 | 10/17/2011 0:00 | 257.99 | |
| FRANK CHESTER YOUNG | 22692 | 10/18/2011 0:00 | 16.91 | |
| FRANK CHESTER YOUNG | 22723 | 10/26/2011 0:00 | 22.00 | |
| FRANK CHESTER YOUNG | 22756 | 11/8/2011 0:00 | 19.10 | |
| FRANK CHESTER YOUNG | 22767 | 11/10/2011 0:00 | 73.74 | |
| FRANK CHESTER YOUNG | 22831 | 12/6/2011 0:00 | 135.76 | |
| FRANK CHESTER YOUNG | 22868 | 12/23/2011 0:00 | 170.25 | |
| FRANK CHESTER YOUNG | 22894 | 1/10/2012 0:00 | 251.60 | 947.35 |

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| Payee | Check# | Date | Amount | Total |
|---|---|---|---|---|
| GENE RODRIGUEZ | 22866 | 12/22/2011 0:00 | 3,212.27 | 3,212.27 |
| GEOTECH ENVIRONMENTAL EQUIPMENT | 22710 | 10/24/2011 0:00 | 715.30 | 715.30 |
| GILLELAND FARMS | 22717 | 10/25/2011 0:00 | 10,967.35 | |
| GILLELAND FARMS | 22895 | 1/11/2012 0:00 | 10,000.00 | 20,967.35 |
| GOBINS, INC | 22818 | 11/29/2011 0:00 | 2,257.34 | 2,257.34 |
| HAMPTON INN ALAMOSA | | 11/17/2011 0:00 | 3,212.48 | |
| HAMPTON INN ALAMOSA | | 11/17/2011 0:00 | 301.17 | |
| HAMPTON INN ALAMOSA | | 11/17/2011 0:00 | 200.78 | 3,714.43 |
| HARCROS CHEMICALS INC. | 22725 | 10/27/2011 0:00 | 2,181.92 | |
| HARCROS CHEMICALS INC. | 22814 | 11/28/2011 0:00 | 2,760.97 | 4,942.89 |
| HUSMANN PLUMBING AND HEATING | 22781 | 11/14/2011 0:00 | 584.90 | 584.90 |
| I TRADE NETWORK | 22803 | 11/23/2011 0:00 | 1,470.00 | 1,470.00 |
| IDALOU EGG RANCH | | 10/24/2011 0:00 | 397.48 | |
| IDALOU EGG RANCH | 22690 | 10/14/2011 0:00 | 400.00 | |
| IDALOU EGG RANCH | 22700 | 10/20/2011 0:00 | 354.11 | |
| IDALOU EGG RANCH | 22711 | 10/25/2011 0:00 | 382.85 | |
| IDALOU EGG RANCH | 22733 | 10/28/2011 0:00 | 365.18 | |
| IDALOU EGG RANCH | 22749 | 11/7/2011 0:00 | 338.77 | |
| IDALOU EGG RANCH | 22804 | 11/23/2011 0:00 | 833.91 | |
| IDALOU EGG RANCH | 22819 | 12/1/2011 0:00 | 422.37 | 3,494.67 |
| INN AT SILVERCREEK HOA | 22719 | 10/26/2011 0:00 | 2,293.99 | 2,293.99 |
| INTERNAL REVENUE SERVICE CTR. | 22695 | 10/15/2011 0:00 | 50.00 | |
| INTERNAL REVENUE SERVICE CTR. | 22744 | 11/4/2011 0:00 | 50.00 | |
| INTERNAL REVENUE SERVICE CTR. | 22788 | 11/15/2011 0:00 | 50.00 | |
| INTERNAL REVENUE SERVICE CTR. | 22810 | 11/28/2011 0:00 | 3,120.00 | 3,270.00 |
| ISAIAS GALLARDO | 17721 | 11/29/2011 0:00 | 58,500.00 | 58,500.00 |
| JACKSON LEWIS | 22835 | 12/7/2011 0:00 | 4,104.50 | 4,104.50 |
| JADE COMMUNICATIONS LLC | 22737 | 11/1/2011 0:00 | 95.83 | 95.83 |
| JOSE FLORES | 10811 | 10/18/2011 0:00 | 5,819.99 | 5,819.99 |
| KARMJIT SALH | 22822 | 12/1/2011 0:00 | 5,000.00 | |
| KARMJIT SALH | 22875 | 12/29/2011 0:00 | 3,456.80 | |
| KARMJIT SALH | 22897 | 1/12/2012 0:00 | 8,077.44 | 16,534.24 |
| KENNETT SQUARE LABS, LLC | 22754 | 11/8/2011 0:00 | 330.00 | 330.00 |
| LESTER, SIGMOND, ROONEY & SCHWIESOW | 22783 | 11/15/2011 0:00 | 3,000.00 | 3,000.00 |
| LOAF N JUG | 22741 | 11/2/2011 0:00 | 338.86 | |
| LOAF N JUG | 22890 | 1/5/2012 0:00 | 397.36 | 736.22 |
| MHC TRUCK LEASING | | 11/28/2011 0:00 | 16,126.10 | |
| MHC TRUCK LEASING | | 12/13/2011 0:00 | 16,126.00 | |
| MHC TRUCK LEASING | | 12/19/2011 0:00 | 16,125.00 | |
| MHC TRUCK LEASING | | 1/6/2012 0:00 | 16,125.00 | |
| MHC TRUCK LEASING | | 1/9/2012 0:00 | 16,125.00 | |
| MHC TRUCK LEASING | | 12/27/2011 0:00 | 16,125.00 | 96,752.10 |
| MICHAEL SMITH | 22726 | 10/27/2011 0:00 | 2,249.90 | |
| MICHAEL SMITH | 22840 | 12/7/2011 0:00 | 1,100.00 | |
| MICHAEL SMITH | 22841 | 12/8/2011 0:00 | 940.25 | |
| MICHAEL SMITH | 22878 | 12/29/2011 0:00 | 836.06 | 5,126.21 |
| MONTE VISTA COOP | 22863 | 12/21/2011 0:00 | 11,641.63 | 11,641.63 |
| MONTE VISTA MACHINE TOOL | 22759 | 11/8/2011 0:00 | 881.22 | 881.22 |
| MORNING FRESH FARMS | | 11/15/2011 0:00 | 5,000.00 | |
| MORNING FRESH FARMS | | 11/16/2011 0:00 | 5,000.00 | |
| MORNING FRESH FARMS | | 11/18/2011 0:00 | 5,000.00 | |
| MORNING FRESH FARMS | | 12/12/2011 0:00 | 5,000.00 | |

## RAKHRA MUSHROOM FARM, CORP
## ACCOUNTS PAYABLE PAYMENTS
### OCTOBER 14, 2011 TO JANUARY 12, 2012

| Vendor | Check # | Date | Amount | Total |
|---|---|---|---|---|
| MORNING FRESH FARMS | | 11/28/2011 0:00 | 5,000.00 | 25,000.00 |
| MOTION INDUSTRIES, INC. | 22780 | 11/14/2011 0:00 | 2,534.10 | |
| MOTION INDUSTRIES, INC. | 22791 | 11/17/2011 0:00 | 2,826.73 | 5,360.83 |
| MOTOR PARTS CO. | 22768 | 11/10/2011 0:00 | 358.41 | 358.41 |
| NATHAN SEGAL & COMPANY | | 10/17/2011 0:00 | 7,600.00 | |
| NATHAN SEGAL & COMPANY | | 10/26/2011 0:00 | 7,500.00 | |
| NATHAN SEGAL & COMPANY | | 11/11/2011 0:00 | 59,599.10 | 74,699.10 |
| NATIONAL KING COAL LLC | | 10/17/2011 0:00 | 6,823.12 | |
| NATIONAL KING COAL LLC | | 10/28/2011 0:00 | 5,000.00 | |
| NATIONAL KING COAL LLC | | 11/14/2011 0:00 | 2,736.16 | |
| NATIONAL KING COAL LLC | | 12/13/2011 0:00 | 5,000.00 | 19,559.28 |
| NITIN GAMBHIR | 22772 | 11/10/2011 0:00 | 1,000.00 | |
| NITIN GAMBHIR | 22837 | 12/7/2011 0:00 | 1,000.00 | 2,000.00 |
| NOBEL/SYSCO - DENVER | 22790 | 11/16/2011 0:00 | 5,011.27 | 5,011.27 |
| NORTH COUNTRY DISTRIBUTORS INC | | 10/24/2011 0:00 | 2,079.00 | 2,079.00 |
| ORKIN PEST CONTROL | 22727 | 10/27/2011 0:00 | 937.46 | |
| ORKIN PEST CONTROL | 22896 | 1/12/2012 0:00 | 1,406.19 | 2,343.65 |
| OUR SPECIALTY TRANSPORTATION | 22713 | 10/25/2011 0:00 | 5,100.00 | 5,100.00 |
| PANNELL MFG. CORP. | 22765 | 11/8/2011 0:00 | 4,599.07 | 4,599.07 |
| PARTS PLUS | 22755 | 11/8/2011 0:00 | 11.54 | 11.54 |
| PINNACOL ASSURANCE | | 11/28/2011 0:00 | 29,234.07 | |
| PINNACOL ASSURANCE | | 12/8/2011 0:00 | 24,131.48 | 53,365.55 |
| PLATINUM TRANSPORT | | 10/21/2011 0:00 | 5,000.00 | |
| PLATINUM TRANSPORT | 22893 | 1/6/2012 0:00 | 7,000.00 | 12,000.00 |
| POOLE CHEMICAL CO. | 22720 | 10/26/2011 0:00 | 2,800.00 | 2,800.00 |
| PREMIER HORTICULTURE INC. | | 10/24/2011 0:00 | 10,000.00 | |
| PREMIER HORTICULTURE INC. | | 10/27/2011 0:00 | 10,000.00 | |
| PREMIER HORTICULTURE INC. | | 12/6/2011 0:00 | 8,500.00 | 28,500.00 |
| PRO-ACT | 22701 | 10/20/2011 0:00 | 65.20 | 65.20 |
| PUBLIC SERVICE CO OF COLORADO | | 10/31/2011 0:00 | 58,237.10 | |
| PUBLIC SERVICE CO OF COLORADO | | 11/1/2011 0:00 | 226.33 | |
| PUBLIC SERVICE CO OF COLORADO | | 11/1/2011 0:00 | 575.75 | |
| PUBLIC SERVICE CO OF COLORADO | | 11/1/2011 0:00 | 27,636.53 | |
| PUBLIC SERVICE CO OF COLORADO | | 12/5/2011 0:00 | 68,000.00 | |
| PUBLIC SERVICE CO OF COLORADO | | 11/22/2011 0:00 | 50,000.00 | 204,675.71 |
| QBP LOGISTICS, INC. | | 12/22/2011 0:00 | 2,400.00 | 2,400.00 |
| RAKHRA MUSHROOM FARM CORP | 17723 | 12/21/2011 0:00 | 2,000.00 | |
| RAKHRA MUSHROOM FARM, CORP. | 10812 | 11/22/2011 0:00 | 2,321.32 | |
| RAKHRA MUSHROOM FARM, CORP. | 22698 | 10/19/2011 0:00 | 2,354.25 | |
| RAKHRA MUSHROOM FARM, CORP. | 22706 | 10/21/2011 0:00 | 1,991.60 | |
| RAKHRA MUSHROOM FARM, CORP. | 22751 | 11/7/2011 0:00 | 2,825.74 | |
| RAKHRA MUSHROOM FARM, CORP. | 22776 | 11/11/2011 0:00 | 3,815.35 | |
| RAKHRA MUSHROOM FARM, CORP. | 22777 | 11/14/2011 0:00 | 1,980.48 | |
| RAKHRA MUSHROOM FARM, CORP. | 22785 | 11/16/2011 0:00 | 437.13 | |
| RAKHRA MUSHROOM FARM, CORP. | 22820 | 12/1/2011 0:00 | 983.66 | |
| RAKHRA MUSHROOM FARM, CORP. | 22839 | 12/7/2011 0:00 | 1,102.63 | |
| RAKHRA MUSHROOM FARM, CORP. | 22859 | 12/13/2011 0:00 | 1,280.64 | |
| RAKHRA MUSHROOM FARM, CORP. | 22876 | 12/29/2011 0:00 | 285.01 | |
| RAKHRA MUSHROOM FARM, CORP. | 22882 | 1/3/2012 0:00 | 913.81 | |
| RAKHRA MUSHROOM FARM, CORP. | 22883 | 1/6/2012 0:00 | 1,245.05 | |
| RAKHRA MUSHROOM FARM | 22898 | 1/12/2012 0:00 | 675.91 | 24,212.58 |
| ROCKIN R INVESTMENTS, LLC | | 12/19/2011 0:00 | 4,750.00 | |

RAKHRA MUSHROOM FARM, CORP
ACCOUNTS PAYABLE PAYMENTS
OCTOBER 14, 2011 TO JANUARY 12, 2012

| Vendor | Ref | Date | Amount | Total |
|---|---|---|---:|---:|
| ROCKIN R INVESTMENTS, LLC | | 1/6/2012 0:00 | 5,000.00 | 9,750.00 |
| RYDER TRANSPORTATION SERVICES | | 10/22/2011 0:00 | 12,174.97 | |
| RYDER TRANSPORTATION SERVICES | | 12/13/2011 0:00 | 5,000.00 | |
| RYDER TRANSPORTATION SERVICES | | 12/16/2011 0:00 | 5,000.00 | 22,174.97 |
| SHAY MOCKELMANN | 22771 | 11/11/2011 0:00 | 2,306.05 | 2,306.05 |
| SLVRSWA | 22758 | 11/8/2011 0:00 | 101.06 | 101.06 |
| ST PAUL TRAVELERS | 22738 | 11/1/2011 0:00 | 631.03 | |
| ST PAUL TRAVELERS | 22806 | 11/23/2011 0:00 | 1,262.06 | 1,893.09 |
| STATE OF COLORADO | 22745 | 11/4/2011 0:00 | 125.00 | 125.00 |
| SUDESH K. GAMBHIR | 22773 | 11/10/2011 0:00 | 2,000.00 | |
| SUDESH K. GAMBHIR | 22837 | 12/20/2011 0:00 | 2,000.00 | 4,000.00 |
| SUPERIOR FILTRATION PRODUCTS, LLC | 22704 | 10/21/2011 0:00 | 1,845.50 | 1,845.50 |
| SUSAN R HAHN, LLC | 17722 | 11/29/2011 0:00 | 31,500.00 | 31,500.00 |
| SYLVAN AMERICA,INC | | 10/27/2011 0:00 | 25,000.00 | |
| SYLVAN AMERICA,INC | | 11/14/2011 0:00 | 23,737.00 | |
| SYLVAN AMERICA,INC | | 11/25/2011 0:00 | 25,000.00 | |
| SYLVAN AMERICA,INC | | 12/30/2011 0:00 | 16,300.00 | 90,037.00 |
| TANYA NAJERA | 22724 | 10/26/2011 0:00 | 529.92 | 529.92 |
| TEAM PACKAGING INC | | 11/29/2011 0:00 | 7,500.00 | |
| TEAM PACKAGING INC | | 12/1/2011 0:00 | 2,500.00 | |
| TEAM PACKAGING INC | | 12/6/2011 0:00 | 20,000.00 | |
| TEAM PACKAGING INC | | 1/9/2012 0:00 | 4,560.75 | |
| TEAM PACKAGING INC | 22714 | 10/25/2011 0:00 | 20,312.70 | |
| TEAM PACKAGING INC | 22784 | 11/16/2011 0:00 | 16,602.16 | 71,475.61 |
| TECH CONTROL, LTD | 22721 | 10/26/2011 0:00 | 185.00 | 185.00 |
| TEMPLE-INLAND | | 11/18/2011 0:00 | 1,550.00 | |
| TEMPLE-INLAND | | 11/29/2011 0:00 | 10,000.00 | |
| TEMPLE-INLAND | | 12/15/2011 0:00 | 25,000.00 | |
| TEMPLE-INLAND | | 12/19/2011 0:00 | 14,000.00 | 50,550.00 |
| TIRE DISTRIBUTION SYSTEM | 22883 | 1/3/2012 0:00 | 2,390.96 | 2,390.96 |
| TORRES TRUCKING | | 1/9/2012 0:00 | 3,400.00 | 3,400.00 |
| TOYOTA FINANCIAL SERVICES | | 10/17/2011 0:00 | 4,022.88 | |
| TOYOTA FINANCIAL SERVICES | | 10/21/2011 0:00 | 4,022.88 | |
| TOYOTA FINANCIAL SERVICES | | 10/28/2011 0:00 | 4,022.88 | |
| TOYOTA FINANCIAL SERVICES | | 11/4/2011 0:00 | 4,022.88 | 16,091.52 |
| TRANE COMPANY | 22750 | 11/7/2011 0:00 | 2,928.50 | 2,928.50 |
| UNITED PARCEL SERVICE | 22815 | 11/29/2011 0:00 | 33.75 | |
| UNITED PARCEL SERVICE | 22869 | 12/23/2011 0:00 | 3.22 | 36.97 |
| UTILITY TRAILER OF COLORADO, LLC | 22709 | 10/22/2011 0:00 | 220.47 | 220.47 |
| VALLEY SHIPPERS INC | 22802 | 12/22/2011 0:00 | 6,816.00 | 6,816.00 |
| VERIZON WIRELESS | | 12/6/2011 0:00 | 2,475.79 | 2,475.79 |
| WAGNER EQUIPMENT CO. | 22708 | 10/22/2011 0:00 | 490.11 | |
| WAGNER EQUIPMENT CO. | 22736 | 11/1/2011 0:00 | 55.10 | 545.21 |
| WAL-MART SUPERCENTER | 22793 | 11/17/2011 0:00 | 500.00 | 500.00 |
| WELCH EQUIPMENT COMPANY, INC. | 22792 | 11/17/2011 0:00 | 1,768.22 | 1,768.22 |
| WISCONSIN DEPT. OF REVENUE | 22826 | 12/5/2011 0:00 | 150.00 | 150.00 |
| XPEDX | | 12/19/2011 0:00 | 37,513.29 | |
| XPEDX | | 12/28/2011 0:00 | 13,000.00 | |
| XPEDX | | 1/9/2012 0:00 | 9,000.00 | 59,513.29 |
| YOTTA MARK | | 12/16/2011 0:00 | 9,900.51 | 9,900.51 |
| | | | 2,005,713.29 | 2,005,713.29 |